UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

Case No.: 0:21-cv-60515-FAM

PRESTIGE INSURANCE GROUP, LLC,
a Delaware Limited Liability Company and
ULISES CICCIARELLI, an individual,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
An Illinois Corporation,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Katherine I. Heise, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

The Motion is **GRANTED**.  Katherine I. Heise may appear and participate in this action on behalf of Defendant, Allstate Insurance Company. The Clerk shall provide electronic notification of all electronic filings to Katherine I. Heise at kheise@akingump.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2021.

                                                                      FEDERICO A. MORENO
                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record