UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-60515-CIV-MORENO

PRESTIGE INSURANCE GROUP and
ULISES CICCIARELLI,

       Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

       Defendant.
_____/

## ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon the Motions to Appear *Pro Hac Vice* (**D.E. 8, 9, 10**), filed on **April 27, 2021**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are GRANTED.  Attorneys Robert G. Lian, Jr., Allison S. Papadopoulos, and Katherine I. Heise are admitted *pro hac vice* to practice before this Court on the above-styled case.  The Clerk of the Court shall provide electronic notice of all filings on this docket to Robert G. Lian, Jr., Allison S. Papadopoulos, and Katherine I. Heise at the following email addresses: blian@akingump.com, apapdopoulous@akingump.com, and kheise@akingump.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of April 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record