UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.: 0:21-cv-60515-FAM

PRESTIGE INSURANCE GROUP, LLC,
a Delaware Limited Liability Company and
ULISES CICCIARELLI, an individual,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
An Illinois Corporation,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Counsel for the parties have agreed to designate Mark A. Buckstein, Esq., Professional Dispute Resolutions, Inc., 7777 Glades Road, Suite 313, Boca Raton, FL 33434, as mediator in this case.

Dated: June 1, 2022
       Miami, Florida

Respectfully submitted,

By: *s/Ingrid H. Ponce*
INGRID H. PONCE, ESQ.
Florida Bar No.: 166774
E-mail: iponce@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

1

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

        ROBERT G. LIAN, JR., ESQ.
DC Bar No. 446313 (*pro hac vice*)
blian@akingump.com
KATHERINE I. HEISE, ESQ.
DC Bar No. 1672558 (*pro hac vice*)
kheise@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 887-4000
Facsimile:   (202) 887-4288

*Attorneys for Defendant*
*ALLSTATE INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of June, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served electronic mail via transmission of Notices of Electronic Filing generated by CM/ECF to: Eric A. Parzianello, Esquire, (eparzianello@hspplc.com; jhubbard@hspplc.com) Hubbard Snitchler & Parzianello PLC, 999 Vanderbilt Beach Road, Suite 200, Naples, Florida 34108.

        */s/ Ingrid H. Ponce*
        INGRID H. PONCE, ESQ.

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

#10651400 v1