UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PRESTIGE INSURANCE GROUP, LLC,
a Delaware limited liability company, and
ULISES CICCIARELLI, individually,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
   an Illinois corporation,

    Defendant.

Case No.: 0:21-cv-60515-FAM
Hon. Federico A. Moreno

### PLAINTIFFS' NOTICE OF SERVING SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ALLSTATE INSURANCE COMPANY

Plaintiffs' Prestige Insurance Group, LLC and Ulises Cicciarelli, by and through their undersigned counsel, pursuant to the Federal Rules of Civil Procedure, hereby gives notice of serving their Second Request for Production of Documents to Defendant Allstate Insurance Company.

Respectfully submitted,

**HUBBARD SNITCHLER & PARZIANELLO PLC**

*/s/ Eric A. Parzianello*
Eric A. Parzianello (FL Bar No. 161225)
Attorney for Plaintiffs
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108
239.325.1802
eparzianello@hspplc.com

Dated: July 20, 2022

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of July, 2022 I have electronically served all counsel of record.

                                                */s/ Eric A. Parzianello*
                                                Eric A. Parzianello (FL Bar No. 161225)
                                                Attorney for Plaintiffs
                                                999 Vanderbilt Beach Road, Suite 200
                                                Naples, FL 34108
                                                239.325.1802
                                                eparzianello@hspplc.com

Dated: July 20, 2021