UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 21-60515-CIV-MORENO

PRESTIGE INSURANCE GROUP, LLC,
a Delaware Limited Liability Company and
ULISES CICCIARELLI, an individual,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
An Illinois Corporation,

    Defendant.

_____/

**DEFENDANT ALLSTATE INSURANCE COMPANY'S
APPENDIX OF EVIDENCE IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

| DESCRIPTION | EXHIBIT NO. |
|---|---|
| Declaration of Char Jordan dated Sept. 2, 2022 | 1. |
| Allstate R3001S Exclusive Agency Agreement (Aug. 1, 2020) | 2. |
| Allstate R3001C Exclusive Agency Agreement (Aug. 1, 2020) | 3. |
| Allstate Exclusive Agency Independent Contractor Manual (April 2020) | 4. |
| Allstate Supplement for the R3001 Agreement (Dec. 2019) | 5. |
| Allstate Agency Standards (Aug. 10, 2020) | 6. |
| Exhibit 2 to Deposition of Ulises Cicciarelli: Resume | 7. |
| Transcript of Deposition of Ulises Cicciarelli taken Aug. 3, 2020 | 8. |
| Exhibit 9 to Deposition of Ulises Cicciarelli: Agent Pre-Appointment Agreement | 9. |

| DESCRIPTION | EXHIBIT NO. |
|---|---|
| Email from Ulises Cicciarelli to Jarius Hollinger dated July 30, 2020 | 10. |
| Declaration of Joseph Cackowski dated Sept. 2, 2022 | 11. |
| Declaration of Keith A. Hutson dated July 29, 2022 | 12. |
| Declaration of Izabela Zeglen dated Sept. 2, 2022 | 13. |
| Declaration of Lillian R. Cromuel dated Aug. 19, 2022 | 14. |
| Transcript of Deposition of Joshua Rice taken Aug. 18, 2022 | 15. |
| Transcript of Deposition of Jonathan Wilks taken Aug. 19, 2022 | 16. |
| Exhibit 10 to Deposition of Ulises Cicciarelli: text message exchange between U. Cicciarelli and K. Colvard | 17. |
| Transcript of Deposition of Kaylee Colvard taken Aug. 4, 2022 | 18. |
| Ulises Cicciarelli's Responses to First Set of Interrogatories | 19. |
| Prestige Insurance Group's Responses to First Set of Interrogatories | 20. |
| Email exchange between Ulises Cicciarelli and Paul Sylvester (Feb. 2021) | 21. |

Dated: September 2, 2022          Respectfully submitted,

By: */s/ Ingrid H. Ponce*
    INGRID H. PONCE, ESQ.
    Florida Bar No. 166774
    iponce@stearnsweaver.com
    STEARNS WEAVER MILLER WEISSLER
     ALHADEFF & SITTERSON, P.A.
    Museum Tower, Suite 2200
    150 West Flagler Street
    Miami, Florida  33130
    Telephone:  (305) 789-3200
    Facsimile:   (305) 789-3395

    ROBERT G. LIAN, JR., ESQ.
    DC Bar No. 446313 (*pro hac vice*)
    blian@akingump.com
    ANDREW D. GEAR, ESQ.
    DC Bar No. 241950 (*pro hac vice*)
    agear@akingump.com
    KATHERINE I. HEISE, ESQ.
    DC Bar No. 1672558 (*pro hac vice*)
    kheise@akingump.com
    AKIN GUMP STRAUSS HAUER & FELD LLP
    2001 K Street, N.W.
    Washington, DC  20006
    Telephone:  (202) 887-4000
    Facsimile:   (202) 887-4288

    *Attorneys for Defendant*
    *ALLSTATE INSURANCE COMPANY*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of September, 2022, a true and correct copy of the foregoing was served by electronic mail via transmission of Notices of Electronic Filing generated by CM/ECF to: Eric A. Parzianello, Esquire, John Hubbard, Esquire, and Zane Thompson, Esquire (eparzianello@hspplc.com; jhubbard@hspplc.com; zthompson@hspplc.com) Hubbard Snitchler & Parzianello PLC, 999 Vanderbilt Beach Road, Suite 200, Naples, Florida 34108.

*/s/ Ingrid H. Ponce.*
INGRID H. PONCE ESQ.