# EXHIBIT 4

# INDEPENDENT CONTRACTOR MANUAL REVISION NOTICE

**To holders of:** Exclusive Agency Independent Contractor Manual     **Date:** April 10, 2020
                                                                      **No:**   36

**From:**  360° Finance and Distribution Strategy & Program Development

This is a complete revision of the Exclusive Agency Independent Contractor Manual.  This version of the Manual replaces the previous version of the Manual, and each page of this Manual has a date of April 10, 2020.  If you have a previous version of the Manual, please replace it with this version.  The following highlights some of the changes that have been made to the Manual.

| **Section** | **Explanation of Change** |
|---|---|



**EA Independent Contractor Manual – April 1, 2020**
© 2020 Allstate Insurance Company

# EXCLUSIVE AGENCY INDEPENDENT CONTRACTOR MANUAL

## (Applies to all states except New Jersey)

© Allstate Insurance Company, 2020

© 2020 Allstate Insurance Company

## Signature Procedures

The LSP is required to sign each application with his name, date it, and place his producer number on the application, as the writing agent.

## Brokering

Your LSP may solicit and bind Allstate products and services and Assigned Risk and other state insurance plans as well as solicit and service Ivantage expanded markets programs, as authorized by Allstate.

Your LSP may not solicit, bind or service business that is for another agency or insurance company other than Allstate or that is not authorized by Allstate.

## Agent Responsibilities

You are the person ultimately responsible for all sales and service activities of your LSP since he is acting under your direction or control. His representations will be attributed to you. It is your responsibility to be certain that your LSP is fully trained and prepared to represent Allstate well as a professional with the highest integrity.

You must ensure that certain responsibilities are met, including:

- Maintaining a valid insurance license. You are responsible for providing to the Company annual proof that the LSP has a valid license. You must immediately notify the Company if the LSP ceases to work for you or loses his license so Allstate can withdraw sponsorship of the LSP's license. You must also use Manage My Staff (MMS)[12] to verify, add or terminate licensed agency staff.

- Compliance with Company policies and procedures, including the Allstate Agency Standards, and all applicable laws and regulations relating to the conduct of business under the R3001 Agreement

- Providing a proper level of customer service

- Compliance with the standards described under Ethical Standards in the Conduct of Business

- Obtaining accurate and truthful information on all applications

- Meeting all quality verification and administrative requirements

- Providing the education and development necessary to avoid errors and omissions (E&O) activity. With E&O coverage through CalSurance, your errors and omissions protection is extended to your LSP for authorized sales and service activities. Any errors and omissions situation resulting from the actions of your LSP will be treated just as if it resulted from your own sales and service activities.

As with any member of your agency staff, the LSP must sign the appropriate Confidentiality and Non-Competition Agreement.

---

[12] Refer to the Manage My Staff subsection for more information.



## Economic Interest in the Book of Business

You have an economic interest in the Allstate customer accounts developed under the R3000 and R3001 Agreements. That economic interest is a specifically defined, limited interest. Subject to the terms and conditions set forth in your R3001 Agreement, this Manual, and the Supplement, your economic interest in the book of business is comprised of only two elements:

- First, the economic interest includes the option, where applicable, of receiving a termination payment according to the terms of your R3001 Agreement, this Manual, and the Supplement
- Second, the economic interest includes the ability to transfer your interest as provided in the R3001 Agreement, this Manual, and the Supplement, subject to the Company's approval

No other rights are included within the terms "your economic interest" or "economic interest in the book of business." You do not have any ownership interest in any of the business written under the R3000 and R3001 Agreements or any previous agency agreement between you and the Company. You do not have any right to renewals or renewal commissions of any kind after termination of your R3001 Agreement. The Company retains ownership of each item of business and of the entire book of business, including renewals. You do not have any ownership interest in expirations, renewals, or in any information about the customers to whom you have sold Company business. All such information remains the property of the Company.

The economic interest includes both the assets and liabilities associated with that interest. This includes an economic interest that is purchased by you. Assets as referenced in this section may include, but are not limited to, commission interest (the right to receive commissions), termination payment eligibility, earned premium on both active and terminated policies, and positive policies in force and item growth. Liabilities as referenced in this section may include, but are not limited to, commission chargebacks, Allstate Financial (AF) production credit chargebacks, negative policies in force, negative item growth, and items such as losses (past, present and future) occurring in a book of business that may disqualify you for particular bonuses, commission increases or other Company reward programs.



**EA Independent Contractor Manual – April 10, 2020**  **Page 32**
© 2020 Allstate Insurance Company

Proprietary and Confidential                                                                                 Allstate_Prestige_0002420



## Company Initiated Termination

Outlined below are the guidelines that apply in situations in which the Company has given ninety (90) days' notice of termination, with or without cause, and has requested that you immediately cease representing the Company:

**EA Independent Contractor Manual – April 10, 2020**　　　　　　　　　　　　　　　　**Page 35**
© 2020 Allstate Insurance Company

Proprietary and Confidential　　　　　　　　　　　　　　　　　　　　　　　　Allstate_Prestige_0002423

- You may elect to transfer your interest in the book of business serviced by your agency to an approved buyer, or to receive a termination payment from the Company, subject to the terms and conditions set forth in the R3001 Agreement, this Manual, and the Supplement. If such election is not made or the economic interest is not transferred to an approved buyer within 90 days of notice of termination of the R3001 Agreement (or such longer period within the Company's discretion), the termination payment will be processed.

  **See the Transfer of Economic Interest section for information regarding your obligations and responsibilities prior to transferring your economic interest**

  > Note: When the Company has requested that you immediately cease representing the Company, approval of a buyer will also be conditional on the agreement that you will not have any involvement or ownership interest in the buyer's agency following the sale

- The Company will service the book of business until the ninety (90) day notice period expires (or the first day of the following calendar month if the termination date of the R3001 Agreement is other than the last day of the month), unless the Company has agreed to allow one or more Licensed Sales Professionals (LSPs) in your agency to service the business. Although the R3001 Agreement has been terminated, your agent number will remain active until the eligible policies have been transferred to an approved buyer with a new agent number, or until the Company receives written instructions from you that the termination payment has been elected.

- You may make a request to allow the agency location to remain open. This request will only be approved in situations where closing the office location would cause significant undue hardship to the business. One or more LSPs will need to be approved to service the business in your agency during the service period.

  If approved, the location will be allowed to remain open from the notice of termination of the R3001 Agreement and for three full calendar months after the first of the month following the date of the termination (service period). Although the R3001 Agreement has been terminated, your agent number will remain active until the eligible policies have been transferred to an approved buyer with a new agent number, or until the Company receives written instructions from you or your legal representative that the termination payment has been elected. However, please note that your appointments with the Company will be terminated immediately. The following must also be agreed to by you through a Letter of Understanding prior to allowing the agency location to remain open:

  1. You will not be permitted to work in the agency location during this service period
  2. You will be responsible for all expenses to run the agency, including compensation for the LSPs servicing the business during this period

Outlined below are the guidelines that apply in situations in which the Company has terminated the R3001 Agreement immediately for cause:

- You may elect to transfer your interest in the book of business serviced by your agency to an approved buyer, or elect to receive a termination payment from the Company, subject to the terms and conditions set forth in the R3001 Agreement, this Manual, and the Supplement. If such election is not made or the economic interest is not transferred to an approved buyer within 90 days of termination of the R3001 Agreement (or such longer period within the Company's discretion), the termination payment will be processed.

**See the Transfer of Economic Interest section for information regarding your obligations and responsibilities prior to transferring your economic interest**

> Note: If your agreement is terminated immediately for cause, approval of a buyer will also be conditional on the agreement that you will not have any involvement or ownership interest in the buyer's agency following the sale

- You will cease representing Allstate immediately. The Company will service the book of business from the effective date of termination and for three full calendar months after the first of the month following the date of the termination, or until you elect to accept the termination payment, or until the date a sale of your interest in the book of business to an approved buyer is effective, whichever is earliest. There will be no commissions paid during the service period, other than the final commission check, except as noted below.

- During the service period, the Company in its sole discretion will determine the manner in which service will be provided.

- You may make a request to allow the agency location to remain open. This request will only be approved in situations where closing the office location would cause significant undue hardship to the business. One or more LSPs will need to be approved to service the business in your agency during the service period.

    If approved, the location will be allowed to remain open from the effective date of termination of the R3001 Agreement and for three full calendar months after the first of the month following the date of the termination (service period). Although the R3001 Agreement has been terminated, your agent number will remain active until the eligible policies have been transferred to an approved buyer with a new agent number, or until the Company receives written instructions from you or your legal representative that the termination payment has been elected. However, please note that your appointments with the Company will be terminated immediately. The following must also be agreed to by you through a Letter of Understanding prior to allowing the agency location to remain open:

    1. You will not be permitted to work in the agency location during this service period
    2. You will be responsible for all expenses to run the agency
    3. No commissions will be paid during this period, except that the Company will pay commissions that would have otherwise been generated by the agency to offset the expenses incurred in continuing to service the business on the Company's behalf during the service period



## Termination Payment

If you decline or are unable to sell your economic interest in the book of business serviced by your agency (e.g., the Company does not approve the buyer that you present, or you are unable to find a buyer), you may elect to receive the termination payment, subject to the terms and conditions of the R3001 Agreement which may include a deduction for any indebtedness owed to the Company. The termination payment will not apply if you sell your economic interest in the book of business. It also does not apply if the termination is a result of the Company surrendering or electing not to renew its license to sell insurance in a state in which you are appointed by the Company or the discontinuance of the sale of insurance in the state.

If you elect the termination payment, the payment calculated and made by Allstate will only apply to business written by you, or any predecessor(s) under the R3000 and R3001 Agreements. Business developed under any other Allstate agent agreement, i.e., R830 or R1500 Agent Agreement, will be excluded from the termination payment.

If you become an R3001 Agent by purchasing an R3001 Agency, the termination payment on eligible transferred accounts will be calculated based on the terms of your R3001S (or C) Agreement.  Similarly, if you converted from the R3001 or R3001A Agreement to the R3001S (or C) Agreement, the termination payment on accounts developed under the R3001 or R3001A Agreement will be calculated based on the terms of your R3001S (or C) Agreement.

Refer to the Supplement for information on how the termination payment is calculated, the method of payment, the termination payment report available to selling agents, and the termination payment impact on the buying agent.



## Ethical Standards in the Conduct of Business

Allstate has identified and adopted certain ethical standards that govern how it chooses to conduct business.

All agency activities must be consistent with Allstate's ethical standards, and any activity inconsistent with the ethical standards may result in termination of your agency relationship with the Company.

The following describes the ethical standards. Although not all-inclusive, these standards are guides of conduct that you should follow as a representative of the Company. The standards also apply to any member of your agency.

### Conflict of Interest

Sometimes people get themselves into situations that make it difficult for them to distinguish to whom they should be loyal. These situations constitute conflicts of interest. Allstate's position is that you, as a Company representative, should not take part in any activities that might prove to place you or your agency in a conflict of interest with respect to the duties you owe to Allstate.

<u>Gifts or Benefits</u> When you're dealing with our policyholders, claimants, or another company, you may not accept any gift, unusual hospitality, or money in exchange for or in appreciation of your services. Be careful not to put yourself in the position of owing anyone favors because you accepted a gift or a sum of money.

<u>Referring People to Attorneys in Claim Situations</u> When you're dealing with our policyholders or claimants, you may not volunteer, advise, suggest, or in answer to a customer's request or that of any other person involved in a claim or loss, recommend an attorney or suggest contacting an attorney.

<u>Other Business Interests</u> Although as an independent contractor you can conduct other businesses, you may not have other duties or interests that would conflict with your duties under your R3001 Agreement.

<u>Providing Services Ancillary to the Life Application/Underwriting Process</u> Agents and LSPs are prohibited from providing services ancillary to the Life application/underwriting process, including, but not limited to paramedical services, handling of specimens, providing of medical records to underwriting, etc. (provided, however, this prohibition shall not include the collection of oral fluid specimens).

<u>Political Activity</u> Allstate encourages representatives of the Company to become involved in community activities, including political activities. You should notify the Company if you are elected or appointed to political office. This will help to avoid problems that could arise from Company investment activity in the political entity in which you are involved.

## Integrity

As a Company representative, you are expected to act honestly and fairly in all of the Company's business relationships.

You are expected to comply with Company policies and procedures, including the [Allstate Agency Standards](), and all applicable laws and regulations relating to the conduct of business under the R3001 Agreement.

Second, you may never falsify any state insurance department or Company documents, including applications, and you may never forge signatures. Furthermore, you may never withhold information from the Company that could be considered material to its decision to issue coverage.

Last, misappropriation of funds and cooperating with others to defraud, or any other illegal or criminal acts, will not be tolerated.

## Fraudulent Activity

Fighting fraud is everyone's responsibility. Agents are prohibited from engaging in any activity that is fraudulent or contrary to the law or the company's policies and procedures. Allstate is required to report all such activity to the State Fraud Bureau and/or law enforcement as applicable. If you believe you have knowledge of inappropriate activity, report it to the Allstate i-Report at 1-800-706-9855.

Fraudulent activity may include, but is not limited to, the following activities:
- Allowing a family member or other party to sign or otherwise act on behalf of the policy owner unless they are duly authorized to do so.
- Altering a document after it has been signed by a customer.
- Asking a customer to sign a "blank" form.
- Signing the customer's name on any documents.
- Withholding information from the company that could be considered material to our decision to issue coverage.

## Unacceptable Sales Practices

There are certain sales practices that are unacceptable for representatives of the Company including, but not limited to, the following:

Encouraging Customers to Change Agents You should act as a professional in your dealings with your fellow agents by not soliciting customers to change agents. We all recognize that there are legitimate cases in which a policyholder makes a request to be transferred to another agent. For example, there are times when some agents and policyholders just can't get along. We have a process in place to handle those situations. However, even though you may need to provide customer service to customers who have another agent, including taking their payments, you should not be encouraging them to seek a transfer to you or any other agent.

Unauthorized Brokering You may not represent or solicit business for any other company, agent or broker, except as permitted by the Company.

Improper Referrals You may not accept business which has been referred from an agent, broker, insurance producer, risk manager or any other person if the business will be controlled/serviced by such person.

Rebating You may not pay, allow or give, directly or indirectly, any rebate, discount, reduction of the premium, or any other thing of value to a customer as an inducement to purchase insurance or after it has been purchased, except where permitted by law and authorized by the Company.

Replacing Existing Life Insurance to the Disadvantage of the Policyholder Replacing existing life insurance may not be in the policyholder's best interest. You may not replace existing life insurance knowing the policyholder would have been better off retaining his existing policy or contract.

Deceptive or Misleading Representations about Competitors State regulations prohibit verbal or written representations about our competitors that are untrue, deceptive or misleading. These practices violate our Fair Competition Policy and can result in stiff penalties from the regulators, as well as potential legal action by a competitor for unfair competition. All statements on the financial condition, legal status, product performance, or other characteristics of our competition must be factual. Disparaging comments regarding a competitor is a sensitive issue, particularly in potential replacement situations, and are prohibited.

Misclassifying and Misrating You may not knowingly misrate or misclassify in order to provide a more attractive premium to make a sale.

Inappropriate Premium Payment You may not provide your personal EFT or credit card information for any premium payment(s) on a customer's policy.

In conclusion, here are two important points to remember:

- If you ever have any questions or doubts about a situation, you should check with the Company
- Allstate may prosecute any criminal acts against the Company