# EXHIBIT 5

# SUPPLEMENT REVISION NOTICE



| | | | |
|---|---|---|---|
| **To holders of:** | Supplement for the R3001 Agreement | **Date:** | December 23, 2019 |
| | | **No:** | 76 |

**From:**   360° Finance and Distribution Strategy & Program Development

This is a complete revision of the Supplement for the R3001 Agreement.  This version of the Supplement replaces the previous version of the Supplement, and each page of this has a date of December 23, 2019.  If you have a previous version of the Supplement, please replace it with this version. The following highlights some of the changes that have been made to the Supplement:



---

**SUPPLEMENT FOR THE R3001 AGREEMENT**

Revision Notice
© 2019 Allstate Insurance Company

Proprietary and Confidential                                                                                              Allstate_Prestige_0002124



# Supplement for the R3001 Agreement

© Allstate Insurance Company, 2019

---

**SUPPLEMENT FOR THE R3001 AGREEMENT**
© 2019 Allstate Insurance Company

Proprietary and Confidential

Allstate_Prestige_0002125

**REVISION DATE: December 23, 2019**

The following material is confidential and proprietary information which is the exclusive property of Allstate Insurance Company and may not be disclosed to third parties, other than outside advisors or as required by law, without first having obtained written permission from the Company.

# Chapter 1: R3001 Agents

# Section 1: R3001 Agents

## 1.0 Preface

The **Supplement for the R3001 Agreement** is intended to explain and expand upon the provisions of the R3001 Agreement, which directly refer to the Supplement. The Supplement, the Exclusive Agency Independent Contractor Manual, and the Allstate Agency Standards manual, as they may be amended from time to time, are incorporated as part of the Agreement between the R3001 Agent and the Company. The sections referencing the Supplement include the following:

- **Authority** - The R3001 Agent's role is to sell, solicit, and service insurance and "Company Business" - referred to in Chapter 1, Section 2, subsection 2.0 – as an independent contractor on behalf of Allstate Insurance Company and its subsidiaries and affiliates referred to in Chapter 1, Section 2, subsection 1.0.

- **Commissions** - Chapter 1, Section 3 of the Supplement details how new and renewal commission will be recorded and paid to R3001 Agents. Recovery of unearned commission is also discussed in this section of the Supplement. The final pay computation for terminated R3001 Agents is found in Chapter 1, Section 5. Calculations to determine conversion allowances for certain new R3001 Agents are set forth in Chapter 1, Section 7. Chapter 2 of the Supplement sets forth the commission amounts applicable to R3001 Agents. Chapter 3 contains the rules governing special situations relating to commission interest. Chapter 4 describes the rules applicable to unrepresented business and policies bound by the Customer Contact Center (CCC)/Internet.

- **Transfer of Interest** - The transfer of interest provision of the R3001 Agreement is explained in Chapter 1, Section 4 of the Supplement. A transfer of interest requires written consent by the Company in its sole discretion.

- **Termination Payment** - R3001 Agents may be authorized a special payment subject to certain conditions once they terminate their agreement. Chapter 1, Section 6 of the Supplement describes the basis for this payment.

- **Computer Systems** - The Company is reliant upon computer technology to process Company Business. The Company's standard operating procedures provide efficient, accurate and uniform methods for processing such business.

- **Allstate Financial/Allstate Life and Retirement** – Effective June 9, 2017, agency owners, exclusive financial specialists, and respective staffs (collectively "Agents") must be fully FINRA registered (at minimum Series 6 and Series 63) and affiliated with AFS, LLC ("Full Affiliation") to write or partner on Fixed Indexed Annuities, Equity Indexed Annuities, Equity Index Annuities, or Fixed Annuities (collectively, "Annuities"). To continue engaging in the sale of Annuities, writing agents must, by September 1, 2017, meet Full Affiliation requirements and partnering agents must meet Full Affiliation requirements by January 1, 2018. Non-Full Affiliation Agents will continue to receive credit for periodic premium payments on in-force Annuities. Additional premium payments or changes to Annuities sold in connection with IRAs or qualified plans are subject to the DOL Best Interest Review ("BI") and non-Fully Affiliated Agents will be removed and replaced from such BI Annuities with Fully Affiliated Agents.

Proprietary and Confidential      Allstate_Prestige_0002131

The individual referred to as "you" in the R3001 Agreement, the R3001S Agreement or the R3001 Transitional Service Agreement, and the entity referred to as the "Agency" in the R3001A Agreement or R3001C Agreement will be referred to in the Supplement as the "R3001 Agent." Any references to the R3001 Agreement in the Supplement shall include the R3001 Agreement, the R3001S Agreement, the R3001 Transitional Service Agreement, the R3001A Agreement and the R3001C Agreement, except as otherwise noted. Any reference to agent in the Supplement shall include, but not be limited to, R3001 Agents.

Proprietary and Confidential Allstate_Prestige_0002132



## 2.0 Bonuses and Programs

The Company may provide R3001 Agents with such bonuses, awards, prizes, and other remuneration based on performance ("Bonus Compensation"), if any, as it may prescribe in its sole discretion. The Company reserves the right to change or eliminate any such Bonus Compensation. Any money owed to the Company or any indebtedness incurred by the agent for which the Company pays may be deducted from the agent's Bonus Compensation at the Company's discretion. Documentation on Bonus Compensation programs can be found on Gateway using the following link: https://agencygateway.allstate.com/wps/myportal/id/165059





## 6.0 Eligibility and Recovery of Bonus Compensation Upon Termination for Cause

Beginning with the 2019 bonus program year[3], if the Company has terminated the R3001 Agreement immediately for cause, an Agent shall not be eligible for Bonus Compensation starting with the year in which the incident occurred that led to the termination through the year in which the Company has terminated the R3001 Agreement immediately for cause. Such Agent shall be obligated to repay to the Company the amount or value of any and all Bonus Compensation (i.e. bonuses, incentives, awards, prizes and other remuneration based on performance), paid or awarded to the Agent. The Company may offset the amount of Bonus Compensation from any payment due to the Agent from the Company including, without limitation, the Termination Payment provided for in this Supplement.

---

[3] Bonus payable in 2020.

# Section 4:    Transfer of Interest

## 1.0  Approval of a Transfer of Interest

A transfer of interest in the R3001 Agreement requires prior written consent of the Company. Such consent may be given in the Company's sole discretion and the Company's decision as to whether or not to render such consent will be final. The Company's consent may also be conditioned on the satisfaction of any obligation or payment owed by the transferring R3001 Agent to the Company.

The Company shall have a lien on the R3001 Agent's economic interest prior to its transfer for any payment or obligation owed by the transferring R3001 Agent to the Company (including, without limitation, the obligation to return Bonus Compensation as provided in this Supplement), which lien shall be satisfied prior to the transfer of interest.



## Section 6:   Termination Payment

### 2.0   R3001S and R3001C Agreement Specifications

Currently, the Termination Payment option available to agents under the R3001S and R3001C Agreements is the same as the Termination Payment option available to agents under the R3001 and R3001A Agreements, subject to the terms and conditions described in subsections 3.0, 4.0, and 5.0 of this section.

If an R3001 Agent under the R3001S or R3001C Agreement purchases the economic interest in another R3001 Agency, the Termination Payment on eligible accounts acquired from the selling R3001 Agent will be calculated based on the terms of the R3001S or R3001C Agreement. Similarly, if an agent converted from the R3001 or R3001A Agreement to the R3001S or R3001C Agreement, the Termination Payment on accounts developed under the R3001 or R3001A Agreement will be calculated based on the terms of the R3001S or R3001C Agreement.

If an agent who is currently on the R3001 or R3001A Agreement purchases the economic interest in a book of business of an agent who is on the R3001S or R3001C Agreement, the Termination Payment provision in the purchasing agent's agreement will apply.

The payment of the Termination Payment will be made in 24 monthly installments, subject to appropriate adjustments, beginning no later than the end of the month after the month in which all property, confidential information, and trade secrets belonging to the Company have been returned or made available for return to the Company. Payments are subject to compliance with the terms of the confidentiality and non-competition provisions of the R3001 Agreement, which survive termination of the agreement. Any unremitted payments received by the agency on behalf of the Company and any debts incurred by the agency for which the Company pays may be deducted from the agency's Termination payment at the Company's discretion.

### 3.0   Eligible Business

Production compensation for the month in which the R3001 Agent terminates will be included in the Termination Payment **only** if the R3001 Agent's agreement is terminated on the last calendar day of the month. Otherwise, the prior 12 full calendar months' production compensation will be used.

---

[1] Execution of a new agency agreement by the same person due to a change to another form of legal entity, e.g., sole proprietorship to corporation or vice versa, will not entitle the R3001 Agent to a Termination Payment.