# EXHIBIT 6

# ALLSTATE AGENCY STANDARDS REVISION NOTICE

**To holders of:** Allstate Agency Standards      **Date:** August 10, 2020
     **No:** 27

**From:**      360° Finance and Distribution Strategy & Program Development

This is a revision of the Allstate Agency Standards (for Exclusive Agencies and Exclusive Financial Specialists). This version of the Agency Standards replaces the previous version of the Agency Standards and each page of this Agency Standards has a date of August 10, 2020. If you have a previous version of the Agency Standards, please replace it with this version.

| Section | Explanation of Change |
|---|---|
| P&C Business Processing Standards – Application/Endorsement Completion | • Clarified that agencies must not use their agency website, Allstate.com, or other systems intended for customer use to quote or process policies on behalf of a customer when writing new business or servicing business |

Proprietary and Confidential      Allstate_Prestige_0002094

# P&C Business Processing Standards



## Application/Endorsement Completion

When writing new business or servicing existing business, agencies must:
- Make an offer of coverage where legally mandated.
- Accurately and consistently apply the Risk Management Policies (RMPs) and other regional requirements. Obtain and transmit accurate and complete information to develop an accurate quote, which may include, but is not limited to, prior insurance policy information (policy number, years with prior carrier, bodily injury limits, and driver's license number) for all operators. Never bind coverage on a new business application prior to the date the application is written by the agency.
- Ensure all endorsement requests are made effective the date the request was made; specific situations have been identified that could fall outside the requirement. The exception categories are described in the **Endorsement Exception Quick Reference Guide**.
- Ensure customer correspondence is not directed to an agency mailing address or any other mailing address other than an address controlled by the customer.
- Not use your agency website, Allstate.com, or other systems intended for customer use to quote or process policies on behalf of a customer.