# U L I S E S   C I C C I A R E L L I

PHONE: ████████ • E-MAIL: ████████

## SUMMARY

Self motivated and accomplished individual seeking a challenging and rewarding opportunity where my communication, analytical and organizational skills, coupled with my sales and management experience, can be leveraged to benefit my clients and the organization.

## PROFESSIONAL EXPERIENCE

### Paragon Insurance Group Inc.  (March 2019 – Present)
Office Manager / 2-20 Property and Casualty Agent

- Office/ Sales Manager for 2019 Rookie of the Year Allstate Agency and Top 20 ECP in the Country. Paragon Insurance also qualified for Honor Ring, Leader's Forum, National Conference and ALR promotion Spice up Your Life Cruise.
- Daily responsibilities include training LSP's on sales procedures and techniques, Allstate products and property insurance products and quoting through Ivantage and Alliance.
- Created client relationships from leads and personal contacts and referrals. Consistently exceeded personal sales goals and targets.
- Assist with ongoing customer service to ensure agency compliance and customer satisfaction.

### Prestige Real Estate Services Inc.  (December 2010 – Present)
President/ Broker

- Oversee brokerage operations at Prestige Real Estate Services
- Assist buyers and sellers with their real estate transactions including contract negotiations, coordination of closing process and post purchase support.
- Work with attorneys, title companies, lenders, property management companies, etc… in an effort to facilitate the closing process.
- Work extensively with short sales and foreclosures in Miami Dade and Broward County, Florida.

### Florida Realty of Miami  (April 2006 – February 2011)
Broker Associate

- Assist buyers and sellers with their real estate transactions including contract negotiations, coordination of closing process and post purchase support.
- Work with attorneys, title companies, lenders, property management companies, etc… in an effort to facilitate the closing process.
- Work extensively with short sales and foreclosures in Miami Dade and Broward County, Florida.
- Experienced with residential condo and single family homes transactions and commercial real estate.

Exhibit
0002

**Solid State Media  (February 2003 – April 2006)**

Business Development Manager

- Responsibilities included sales initiatives, client profiling, writing proposals and transaction negotiations.
- Developed business practices pertaining to marketing, sales, operations, and corporate communications.
- Established and executed target marketing plans, including Internet, print, and direct-mail campaigns. Developed company website to support marketing initiatives
- Worked closely with realtors and brokers to determine user and business requirements, in order to meet customer needs.

**IBM  (February  1999 – June 2003)**

IT Consultant with IBM Global Services

- WebSphere architecture, system administration, problem determination and solution implementation.
- Designed and managed deployment of business solutions with focus on budget constraints and/or limitations and in doing so, worked closely with managers, directors and officers (CIO and CTO).
- Conducted knowledge transfer and systems presentation of WebSphere Application Server and J2EE concepts and procedures with corporate and government clients.
- Reviewed existing Web Environment infrastructures, performed requirement gathering interviews, and architected new   infrastructure based on needs and budget during pre-sales efforts.

## PATENTS AND AWARDS

- **Patent Title:** Run-time Rule-based Topological Installation Suite.
- **Patent Title:** Extending Installation Suites to Include Topology of Suites Run-time Environment.
- **Patent Title:** Efficient Installation of Software Packages.
- **Award Title:** First Patent Application Invention Achievement Award

## EDUCATION

**1995 - 1998   Florida International University    Miami, FL**

Bachelors degree in  Business Administration for Management Information Systems

## LANGUAGES

English and intermediate communication skills in Spanish.