# EXHIBIT 9

## AGENT PRE-APPOINTMENT AGREEMENT FOR
## ALLSTATE EXCLUSIVE AGENCY PROGRAM

This Agreement is between ALLSTATE INSURANCE COMPANY (referred to in this Agreement as "the Company" or "Allstate") and Ulises Cicciarelli (referred to in this Agreement as "Applicant").

The Company and Applicant agree as follows:

I. **PURPOSE OF THIS AGREEMENT AND RECITALS:**

A. Applicant and the Company have expressed a preliminary interest in entering into a contractual relationship wherein Applicant would represent Allstate as an independent contractor insurance agent under Allstate's Exclusive Agency program. Applicant understands that if Allstate offers to Applicant an Allstate R3001S (or C) Exclusive Agency Agreement ("R3001 Agreement"), the relationship with Allstate will be an independent contractor relationship, and that under no circumstances will Applicant be an employee of Allstate.

B. In order to be eligible to be offered an R3001 Agreement with Allstate, Applicant must complete, to the Company's satisfaction, all requirements of the Allstate Exclusive Agency pre-appointment program ("program") and agree to all of the current terms and conditions of the R3001 Agreement and its incorporated materials. The program will also be provided to any employees of Applicant who Applicant employs as support staff licensed and appointed to sell the Company's products and services. The exact nature, duration, location and scope of the program is determined solely by Allstate.

C. The Applicant has no obligation to compensate the Company in any manner for the program provided by the Company, and by participating in the program the Applicant will not be obligated to enter into any further agreement nor continue a relationship with Allstate.

D. The Company has no obligation to make any payments to Applicant for Applicant's participation in the program or other activities that may be preliminary to becoming an Allstate Exclusive Agent, except as expressly provided in this Agreement. The Company retains sole and exclusive discretion to determine whether and when the Applicant has satisfactorily completed the requirements for qualifying as an Allstate Exclusive Agent, and whether to enter into any further agreement with the Applicant.

II. **AUTHORIZATION TO PARTICIPATE IN PROGRAM:**

A. The Company authorizes Applicant to participate in the program. Before and during the program, Applicant and Applicant's employees, if any will not be an agent of the Company for any purpose other than during a predetermined education phase and will not represent to any person or entity that he or she has authority to act on behalf of the Company to enter into any contract, or incur any expenses on behalf of the Company. Further, Applicant and Applicant's employees are not required or expected to perform any services other than for program purposes and the Applicant's benefit during the program.

B. Applicant and any employees of Applicant are not an agent of the Company other than during the predetermined education phase, or of any parent, subsidiary, affiliate, or agent of the Company, and are not entitled to and shall not receive any compensation, including, without limitation, salary, wages, or benefits, for participation in the program other than as specified in this agreement. In addition, Applicant and/or any employees

© Allstate Insurance Company 2017

Exhibit 0009

Updated 3/18/2020

Confidential Information

Proprietary and Confidential

Allstate_Prestige_0000500

of Applicant shall not receive any reimbursement for costs or expenses. Applicant waives any and all rights to the reimbursement of expenses as well as the payment of any compensation related directly or indirectly to Applicant's or Applicant's employees participation in the program or other actions taken by Applicant in connection with his or her efforts to become an Allstate Exclusive Agent.

C. Applicant agrees at their sole expense, to obtain and maintain during the term of this Agreement policies of insurance as described in the EA Manual, as may be amended from time to time. Such policies must be obtained from companies satisfactory to the Company and must be adequate to protect against all expenses, claims, actions, liabilities, and losses related to the subjects covered by the required policies.

Applicant is required to purchase the necessary Professional Liability (Errors and Omissions) Allstate Sponsored Group E&O Program coverage prior to a predetermined education phase. Payment options are limited to full payment by credit card or full payment by ACH (electronic check payment). In the event Applicant does not purchase the necessary coverage prior to a predetermined education phase, admittance to this phase of the program will be denied.

Where specified, each policy must name the Company as an additional insured and must contain a severability of interest/cross liability endorsement. Each policy must also expressly provide that it will not be subject to material change or cancellation without at least thirty (30) days prior written notice to the Company.

Applicant must furnish the Company with proof of insurance upon request by the Company. If, in the Company's opinion, such policies do not afford adequate protection for the Company, the Company will so advise you, and if you do not furnish evidence of acceptable coverage within fifteen (15) days after being requested to do so by the Company, the Company will have the right to obtain additional insurance at your expense and deduct the cost of such insurance plus a processing fee from monies owed you by the Company.

D. Applicant is required to obtain any required agent license in the state or states in which Applicant will be appointed to represent the Company to participate in the program.

E. For educational purposes only, Applicant and those employees of Applicant that intend to be licensed and appointed to sell the Company's products and services will participate in the selling and servicing of Allstate policies prior to entry into R3001 Agreement. Standard new business commission interest and economic interest for business written by the Applicant during a predetermined education phase will be granted to the Applicant only upon immediate entry into the R3001 Agreement. The expectation is that **no more than 5-10 policies** be bound during pre-affiliation practice and those policies are bound in presence of a licensed and appointed Allstate representative. Applicants who do not enter into an R3001 Agreement will forfeit commission and economic interest in any and all Allstate business written during the above-mentioned education timeframe. Any applicant that does enter into the R3001 Agreement and that binds business pre-appointment outside of these guidelines may forfeit commission and economic interest in any and all Allstate business written outside of the guidelines during the above-mentioned education timeframe.

Applicant can only engage in selling and servicing activities during a supervised education program and is not authorized to represent the Company outside of the above-mentioned timeframe.

Any new business premium written during the education phase of the program will be included in the agency owner's premium earned toward their Enhanced Compensation Plan (ECP) written premium goals. If business written during the education phase charges back after the Applicant affiliates with Allstate it may reduce written premium earned toward ECP premium goals. For a full description of what premium is considered eligible, please see the R3001 Supplement.

Please note that the ability to write limited business prior to affiliation date for educational purposes does not apply to ESAs and Established satellites; ESAs and satellites should not bind any business in the satellite location prior to affiliation of the satellite location.

**III. COMPLETION OF PROGRAM AND ENTRY INTO EXCLUSIVE AGENCY PROGRAM:**

A. The Company has the sole and exclusive discretion to determine all aspects of the program including, but not limited to, the content of the program and the requirements for successful completion of the program.

- Upon successful completion of the program and if appointed to sell the Company's products and services, Applicant shall receive an education bonus which averages $4,500. Actual amount varies based upon education path followed. Please consult with your FSL for details.

B. Applicant is solely responsible for the payment of any applicable taxes related to receipt of the bonus.

C. Applicant is solely responsible for the payment of any wages, salaries or any other form of compensation payable by Applicant to Applicant's employees.

D. If the Company determines in its sole discretion to continue a relationship with Applicant, the Company shall offer the Applicant the then-existing version of an R3001 Agreement. Upon execution by Allstate and the Applicant of such agreement, Applicant will become an independent contractor agent of the Company under Allstate's Exclusive Agency program.

E. Upon completion of the program and appointment, all resources provided, become the sole property of Applicant.

**IV. INTEGRATED SERVICE PROGRAM**

A. The Company has implemented an Integrated Service Program ("Integrated Service") that is part of the Allstate's Exclusive Agency Program. Integrated Service is explained in an Amendment to the R3001 Exclusive Agency Agreement and Applicant understands the terms of Integrated Service and that Applicant will be required to participate in Integrated Service should Applicant be appointed as an R3001 Exclusive Agent and eligible to participate in the Enhanced Compensation Plan or appointing as a start-up agency. Agencies not participating in the Enhanced Compensation Plan have

  the option to participate in Integrated Service with the exception of start-up agencies on the Established compensation program who are required to enroll in Integrated Servicee

- B. Applicant is solely responsible for completing all pre-appointment requirements for Integrated Service and such requirements must be completed before Applicant will be permitted to affiliate with Allstate as an R3001 Exclusive Agent.
- C. Applicant is solely responsible for the payment of all fees and expenses related to Integrated Service. This includes but is not limited to purchasing compatible equipment and technology.

**V. COMPANY PROPERTY, CONFIDENTIALITY:**

- A. The Company may furnish Applicant and those employees of Applicant that intend to be licensed and appointed to sell the Company's products and services such forms, manuals, records, and other materials and supplies as the Company deems advisable. All such property and information furnished by the Company will remain the property of the Company.
- B. Applicant agrees that Applicant and/or any employees of Applicant will not at any time or in any manner, directly or indirectly, disclose to any third party, or permit any third party to access, any confidential information or any other information containing trade secrets concerning any matters affecting or relating to the business of the Company, except upon direct written authority of the Company. Furthermore, upon termination of this Agreement, Applicant agrees to treat as confidential and not to disclose, either directly or indirectly, to any third party any confidential information or other information containing trade secrets of the Company.
- C. Confidential information includes, but is not limited to: business plans of the Company; the R3001 Agreement and its incorporated materials; information regarding the names, addresses, and ages of policyholders of the Company; types of policies; amounts of insurance; premium amounts; the renewal dates of policies; policyholder listings and any policyholder information subject to any privacy law; claim information; certain information and material identified by the Company as confidential or information considered a trade secret as provided herein or by law; and any information concerning any matters affecting or relating to the pursuits of the Company that is not otherwise lawfully available to the public. All such confidential information is wholly owned by the Company. Such confidential information may be used by Applicant only for the purposes of participation in the education program.
- D. Any confidential information or trade secrets recorded on paper, electronic data file, or any other medium, whether provided by the Company or by Applicant, is the exclusive property of the Company, as is any such medium and any copy of such medium. In the event that Applicant or any employees of Applicant does not complete the Education and/or does not become appointed with Allstate, Applicant agrees to return any and all confidential information. Should applicant fail to return such confidential information, Company will seek any and all remedies available under the law to enforce their return and seek all applicable costs and damages associated with retrieval of same.
- E. Applicant recognizes that a breach of the foregoing provisions by Applicant or any employees of Applicant will cause irreparable damage to the Company's business and that such damage is difficult or impossible to measure. Applicant agrees that in the event of such breach, the Company, in addition to such other rights and remedies it may

© Allstate Insurance Company 2017    Updated 3/18/2020

Confidential Information

Proprietary and Confidential    Allstate_Prestige_0000503

have, will be immediately entitled to an order granting injunctive relief from any court of competent jurisdiction against any act which would violate any such provision, without the necessity of posting a bond, and Applicant waives any defense to an application for such order, except that the violation did not occur.  Applicant agrees that the Company will be entitled to an award of reasonable attorneys' fees in the event that it is successful in an application for injunctive relief or in an action based upon breach of the foregoing provisions.

### VI.  ADVERTISING

A. The Company will advertise its products and provide promotional material in accordance with its advertising policies. You are not permitted to advertise or provide promotional materials during the term of this Agreement other than advertising which is approved by Allstate and used solely for the purpose of recruiting prospective employees (referred to in this Agreement as "recruiting materials").  However, such recruiting materials shall not represent that you are an agent under Allstate's Exclusive Agency program.

B. You will submit all recruiting materials to the Company for approval, if they use or contain any reference to any service mark or trade name of the Company. You will not use any such recruiting materials without obtaining prior written approval from the Company. The Company has the right to disapprove any or all of the aforesaid recruiting materials insofar as they, in the exclusive judgment of the Company, do not conform to Company policy regarding use of Company service marks or trade names; may subject the Company to liability or loss of goodwill; may damage the reputation of the Company or Company customer relations; may fail to adhere to the requirements of any federal, state, or local governmental rules, regulations, or laws; may fail to conform to community or Company standards of good taste and honest dealing; or may be detrimental to the business interests of the Company.

### VII.  SERVICE MARK AND TRADE NAME PROTECTION:

A. You agree to cooperate fully in the quality control program conducted by the Company relating to the use of its service marks and trade names and the nature and quality of services rendered and goods distributed under its service marks and trade names.  The Company will have the right to specify, delineate, or limit the services or goods in connection with which you may use any of its service marks or trade names. In the event that the nature or the quality of the services or goods in connection with which you use any of the service marks or trade names of the Company is not acceptable to the Company, then the Company will have the right to require you to institute appropriate procedures to correct any deficiencies noted by the Company.

B. You agree, at the request and expense of the Company, to assist the Company in protecting and enforcing the rights of the Company in and to any and all of its service marks and trade names which you may then be using.

C. You will not in any manner encumber, alienate, license, or transfer to any other entity any right whatsoever concerning the service marks or trade names the Company authorizes you to use in the performance of this Agreement.

© Allstate Insurance Company 2017                                            Updated 3/18/2020

Confidential Information

Proprietary and Confidential                                                           Allstate_Prestige_0000504

D.  You recognize that a breach of the foregoing provisions will cause irreparable damage to the Company's business and that such damage is difficult or impossible to measure. You agree that in the event of such breach, the Company, in addition to such other rights and remedies it may have, will be immediately entitled to an order granting injunctive relief from any court of competent jurisdiction against any act which would violate any such provision, without the necessity of posting a bond, and you waive any defense to an application for such order, except that the violation did not occur. You agree that the Company will be entitled to an award of reasonable attorneys' fees in the event that it is successful in an application for injunctive relief or in an action based upon breach of the foregoing provisions.

## VIII. TERMINATION OF THIS AGREEMENT:

A.  This Agreement will be terminated automatically:
    1. Upon Applicant's death or permanent incapacity;
    2. Upon prior written notice by either party, with or without cause;
    3. Upon Applicant's withdrawal from the program;
    4. At the end of the program, as determined by Allstate; or
    5. Upon Applicant's execution of an R3001 Agreement with the Company.

B.  Except as otherwise provided in a subsequent agreement between Applicant and the Company, upon termination of this Agreement, Applicant agrees that:
    1. Applicant and any employees of Applicant will not act or represent himself or herself in any way as an agent or representative of the Company.
    2. Applicant will immediately return all property belonging to the Company, or dispose of it in such manner as the Company specifies. Applicant shall not use any Company service marks and trade names. Applicant will immediately return to the Company all property in Applicant's possession or under Applicant's control bearing any Company service mark or trade name, or dispose of it in such manner as the Company specifies.
    3. For a period of one year following termination of this Agreement, Applicant will not solicit the purchase of products or services in competition with those sold by the Company from any individual or entity whose identity was discovered by Applicant as a result of participation in the education program or as a result of Applicant's access to confidential information of the Company. In the event that such one year period exceeds the time permitted by any applicable law, such period will be automatically adjusted to the maximum period permitted by such law. If any other provision in this paragraph conflicts with any existing law, it will be applied to the extent permitted by such law.

## IX. GENERAL PROVISIONS:

A.  This Agreement is the sole and entire agreement between the Company and Applicant, and it supersedes and replaces any prior employment, agency, or other agreement between the Company and Applicant. This Agreement also supersedes any prior oral statements and representations by the Company to Applicant and any prior written statements and representations by the Company to Applicant in letters, manuals, booklets, memoranda, or any other format.

© Allstate Insurance Company 2017                                  Updated 3/18/2020

Confidential Information

Proprietary and Confidential                                                          Allstate_Prestige_0000505

B. This Agreement may not be modified except by a written agreement between the Company and Applicant that expressly states that it modifies this Agreement.  No other written statements, representations, or agreements and no oral statements, representations, or agreements will be effective to modify this Agreement.  No representative of the Company will have authority to modify this Agreement, except as provided in this Section IX.B.

C. This Agreement is personal to the Applicant and it may not be transferred by assignment, will, or operation of law.

D. Applicant acknowledges that he or she has read this Agreement, understands it, and agrees to be bound by its terms.

E. The descriptive headings of this Agreement are intended for reference only and will not affect the construction or interpretation of this Agreement.

F. If any provision or part of this Agreement is held invalid for any reason, such invalidity will not affect any other provision or part of this Agreement not held invalid, and such remaining provisions and parts will remain in full force and effect.

G. The failure of either party to insist upon the performance of any of the terms of this Agreement in any one or more instances will not, in and of itself, be construed as a waiver or relinquishment of the future performance of any such term.

H. All notices will be deemed to have been given if personally delivered, sent by electronic transmission, or mailed as follows:

if to the Company: **Allstate Insurance Company**
8333 Bryan Dairy Road, Suite 300
Largo, FL 33777
**Attention:** AET

if to the Applicant: Ulises Cicciarelli

or to such other person or address as any party may furnish or designate to the other in writing.

I. This Agreement may be executed in counterparts, each of which will be deemed an original.

IN WITNESS WHEREOF, the Company has caused this Agreement to be executed by its authorized representative and Applicant hereby accepts the terms of this Agreement.

ALLSTATE INSURANCE COMPANY

e-Signed by Steve Gilbert
on 2020-05-22 13:00:38 GMT

*(leader)*

May 22, 2020

*(date)*

APPLICANT

e-Signed by Ulises Cicciarelli
on 2020-05-20 18:59:43 GMT

*(name)*

May 20, 2020

© Allstate Insurance Company 2017                                              Updated 3/18/2020

Confidential Information

Proprietary and Confidential                                                       Allstate_Prestige_0000506

_____
*(date)*

© Allstate Insurance Company 2017

Updated 3/18/2020

Confidential Information

Proprietary and Confidential

Allstate_Prestige_0000507