# EXHIBIT 10

Message
---
**From**: CICCIARELLI, ULISES [ucicciarelli3@allstate.com]
**Sent**: 7/30/2020 1:58:53 PM
**To**: Hollinger, Jarius [jarius.hollinger@allstate.com]
**CC**: Colvard, Kaylee [Kaylee.Colvard@allstate.com]
**Subject**: RE: MMS

Hi J,

Thanks for the follow up.

We never appointed anyone with Gerry's agency since they were never going to bind and I didn't want to incur the expense for no reason.

I just confirmed on myfloridacfo.com that the following agents have been appointed.

Joseph Ranze
Jonathan Wilks
Lyny Grullon
Annique Bostick
Dennis Taylor
Prianca Little
Renee Fuqua
Zachary Deitz
Jalee Parker
Barbara Harley-Bishop
Bruno Holanda
Brittany Gudynowski

Quin Howard (In progress. I just paid the appointment fee for her)

The other agents are 2-20 or 20-44 licensed and did not require being appointed.

Yes, the others are going to move their licenses to 20-44's at some point soon. They understand that it will be required to work from home once the state reverts to 4-40's having to work in the office again.

Please let me know if that's acceptable or if there is anything I need to do.

Thanks for all your help. I'll be calling you later to touch base.

Uli


Ulises Cicciarelli
Prestige Insurance Group
Direct: 305-725-3003


**From:** Hollinger, Jarius <jarius.hollinger@allstate.com>
**Sent:** Wednesday, July 29, 2020 4:06 PM
**To:** CICCIARELLI, ULISES <ucicciarelli3@allstate.com>
**Cc:** Colvard, Kaylee <Kaylee.Colvard@allstate.com>
**Subject:** MMS

Good Afternoon Ulises,

I hope all is well.

I have completed all your reports which will be delivered on 8/1/2020 😊! However, I see we have several steps to complete prior to opening. I know you are moving people from 440 to 2044 license! If this is the case for the folks below let me know.

Please complete in MMS:
- QUIN HOWARD
- PABLO GONZALEZ-PHILLIPS
    - ***Have complete 1 week life binding authority to park 215 license with Allstate.***
- JONATHAN WILKS
    - Unappoint then eAppoint
- DENNIS D TAYLOR
    - Unappoint then eAppoint
- JOSEPH MICHAEL RANZE
    - Unappoint then eAppoint
- JALEE PARKER
    - Unappoint then eAppoint
- PRIANCA LITTLE
    - Unappoint then eAppoint
- ZACHARY DEITZ
    - Unappoint then eAppoint
- BARBARA HARLEY-BISHOP
    - Unappoint then eAppoint
- BRITTANY MARIE GUDYNOWSKI
    - Unappoint then eAppoint
- LYNY ELIAN GRULLON
    - Unappoint then eAppoint
- RENEE FUQUA
    - Unappoint then eAppoint
- ANNIQUE BOSTICK
    - Unappoint then eAppoint
- BRUNO HOLANDA
    - Unappoint then eAppoint
    - ***Have complete 1 week life binding authority to park 215 license with Allstate.***
- TARA WARD
    - ***CE requirements need to be complete prior to receiving binding authority.***

Thanks for all you do,

J.

# Jarius Hollinger
**Agency Process Specialist**
**C:** 863-512-5025
**F:** 877-372-4884
jarius.hollinger@allstate.com

**CONFIDENTIALITY NOTE:**
This e-mail and any attachments are confidential and are intended only for the stated recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation

Proprietary and Confidential

Allstate_Prestige_0000767