# EXHIBIT A

# HR COMPLAINT INTAKE FORM

**HR Category:**

☒ Falsifying information & applications, altering documents & unauthorized policy
☐ Missing Premium payments
☐ Forged signature(s)
☐ Unlicensed staff quoting/binding policies
☐ Unprofessional behavior, harassment – Agency
☐ Illegal/criminal act

☐ Brokering or selling & servicing insurance from an unauthorized carrier/company
☐ Solicitation of another agency's customers
☐ Agency closed during posted business hours
☐ Agency staff disagreement on pay, benefits, vacation, hours (see step V. below)
☐ Miscellaneous/Other – Agency Related

☐ Workplace concerns
☒ Performance/Behavior/Attendance/Code of Conduct or Ethics
☐ Demotion Process
☐ Job Abandonment
☐ Corporate Credit Card Issues
☐ Unemployment Claim Process
☐ Other (Current/Former Allstate Employee)

**High Priority Issues: (mark email as High Importance before sending)**

| ☐ Threat of Physical Harm | ☐ IT usage/Social Medial Violations |
|---|---|
| [redacted] | ☐ Unlawful use of PII |

| I. Source of the Complaint (Internet/CCC/Agcy Esc/etc) **Insured/CCC** |
|---|
| II. Complainant Information: |

- Complainant's Name: **Kimberly Hutson**
- Contact Information:
  - State - **Florida**
  - Telephone # - [redacted]
  - Email Address - [redacted]

- Complainant's Relationship (Customer/Agency Owner/LSP/Employee, etc): **Customer**
- Policy Number(s)/Control Number(s): [redacted]
- CRMS Number: **080520-4159N7M5**

| III. Please provide a detailed description of what has occurred. |
|---|

- **WHO** is the complaint regarding? (Name of Agency Owner(s)/support staff involved)– **Prestige Insurance Group**
  - Full Name (Agency Owner and support staff involved if applicable) - **Agency owner – Ulises Cicciarelli**
  - Agent # - **C5326**
- **WHAT** happened to cause the complaint?–
- **Insured called CCC for a quote and there was a pending policy in the system written by an agency - insured initially claimed she did not request the policy but when I called, she stated her husband had. According to**

Exhibit 0014

CCC, couple does not qualify for insurance with Allstate due to husband's IS score and a claim from 2019. There is a saved quote in the system from the agency for $4k from late July & early Aug, policy was bound eff 8/2 for $1247.62. The agency wrote the policy with the husband and wife as separated and Mr. Hutson as 'Other'. CCC states that if this is corrected to Married - which is correct - the policy would cancel as they are not eligible. AOR is the one listed on the AH screen as wrote the policy. I spoke to Mrs. Hutson - married, not separated and no plans to divorce.

- **WHEN** did the event that caused the complaint occur?–
  - **8/1/2020**

- **WHERE** did the event that caused the complaint occur?–
  - **Telephone call**

- Does the complainant give information as to **WHY** they feel this happened? (only complete if provided by complainant)–
  - **She feels it was to get the policy written to earn 'points or commission'. Feels it is unethical**

## IV. What are the complainant's expected outcome? (Return Call/Refund/Fix Policy/Etc.)

- **Fix policy and investigate bc if the agency that wrote the policy did so for unethical reasons, she does not want to work with such an agency and would like to be transferred to another agency.**

## V. This is not an HR matter – Refer to ASAP RIO documentation for handling

Are there any additional notes/comments that will be helpful to the investigator that were not listed above?

Possible oversight or mistake when writing policy but it was written by the AOR. A quote was run on 7/27 by same agency for $4,000, then a few days later they bind the policy for a premium amount of $1247.

## REPRESENTATIVE NEXT STEPS:

- Send form to HR using the applicable Outlook template
- Human Resources intake coordinator will review and assign within 24 business hours
- Human Resources consultant will respond to representative within 24 business hours of assignment with one of the following:

  - Confirmation HR will handle – no further ASAP involvement needed
  - Confirmation HR will not handle – ASAP should proceed with regular complaint handling
  - Confirmation HR will proceed with investigation and may need additional support