# EXHIBIT B

```
#              ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY                    #
                                  FLORIDA
HOME OFFICE                                    Application No.: 038201983632613
NORTHBROOK, ILLINOIS
                                               Send Policy to Agent: N
Applicant's Name : KIMBERLY HUTSON
Address          :
City             :
Telephone Num.   :

       VEHICLES
No  Yr   Make         Model         Vehicle ID Number   Cy Dr CT  PGS  VSC  Cost

1   2005 FORD TRUCKS  FORD TRUCKS                       6  4  10   G   F41
         ESCAPE
2   2020 MAZDA 6      MAZDA                             4  4  10   W   JB1  15000

       USE RATE
    Odom     Car      Miles    Date     Est Ann  Incl  Rare   Split  Alt   Weeks
No           Usage    One Way  Purch    Mi       Cmpr  Rest   Terr   Yr    Rented

1: 150,000  PLEASURE           04/2019  3,000    N     N      2907
2: 5,000    PLEASURE           07/2020  3,000    N     N      2907

       Own/            Original
No     Lease           Owner/Lessee
1:     Y/N             N
2:     N/Y             Y


COVERAGES                                      2005       2020
                                               FORD       MAZDA 6
                                               TRUCKS
                                               ESCAPE
                                      LIMITS   PREMIUMS   PREMIUMS
AA   Bodily Injury    Ea Per   $100,000
     Liability        Ea Acc   $300,000
_____

BB   Prop Damage      Ea Acc   $100,000
     Liability
_____

ST   Uninsured /      Ea Per   $25,000
     Underinsured     Ea Acc   $50,000
     Motorists
     Stacked
_____

DD   Collision        Ded      $500
Safe Driving Deductible Reward  $100
_____

JJ   Roadside                  $100
                     Page 1 of 5                              Ed.10/19
```

Proprietary and Confidential                              Allstate_Prestige_0002496

```
#            ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY                  #
                                FLORIDA
HOME OFFICE                              Application No.: 038201983632613
NORTHBROOK, ILLINOIS
     Coverage
_____

VA03 Personal Injury                     ████████████████████
     Protection

     Death Benefit    Ea Per    $5,000
     Aggregate Medical Expenses (Emergency or Non-Emergency Medical Condition),
     Income Loss and Loss of Services
                      Ea Per    $10,000
     Medical Expenses (Emergency Medical Condition)
                      Ea Per    $10,000
     Medical Expenses (Non-Emergency Medical Condition)
                      Ea Per    $2,500

_____

     Estimated Vehicle Premiums          ████████████████████

     Your Policy Reflects the Gold Protection Option Package.
_____


POLICY COVERAGE                    LIMITS       POLICY
                                                PREMIUM
CM Death Indemnity                 $10,000      ████████
Estimated Policy Coverages Premium              ████████
_____

Summary of Discounts -Your total premium includes the following discounts, which
total: $2171.09

          Safe Driving Club®                    2 qualified driver(s)
          Allstate Easy Pay Plan
          Allstate eSmart℠
          Responsible Payer
          Preferred Package
          Homeowner
          Risk Avoidance
          Alert Driving

The following discount(s) apply to Vehicle #1: 2005 FORD TRUCKS ESCAPE
          Antilock Brakes
          Passive Restraint
          Drivewise®

The following discount(s) apply to Vehicle #2: 2020 MAZDA 6
          Antilock Brakes
          Safe Driving Club®

                         Page 2 of 5                    Ed.10/19
```

Proprietary and Confidential                                   Allstate_Prestige_0002497

```
#              ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY                    #
                                 FLORIDA
HOME OFFICE                                      Application No.: 038201983632613
NORTHBROOK, ILLINOIS
         Passive Restraint
         New Car
         Allstate Easy Pay Plan
         Allstate eSmart
         Electronic Stability Control
         Responsible Payer
         Preferred Package
         Homeowner
         Drivewise®
         Risk Avoidance
         Alert Driving

Est. 6 mo. Policy Premium :
Premiums charged must be in accordance with the Company manual rules & rates
Amount Paid:                                     Electronic
                                                 Check
_____
         Lienholder
Lienholder on:   2020 MAZDA                              Dir Code:    007866
Name:    MAZDA AMER/LEASE          Address:   P O BOX 390858  Exp Year:  2023
City:    MINNEAPOLIS               State:  MN   Zip: 55439    LPC=IP: Y
_____
              HOUSEHOLD SECTION (APPLIES TO APPLICANT ONLY)
Mo Yr at Present Residence: 08/2015   Residence Type:  HO  Owns Residence: Yes
Years at Present Employment:      Other Vehicles Owned in Household:  N
Is this the address where the vehicles are principally garaged?           Y
_____
         INSURANCE RECORD (PRESENT OR MOST RECENT AUTO INSURANCE CARRIED)
Prior Co:  GEICO GEN INS           Policy Number:
Exp Date:  11/23/2020           Years/Months Insured:   6/4        PI Code:  OT
                                           BI LIMIT:  $100,000/$300,000

With respect to the Applicant and all members of the household:
A - Has any license or permit to drive any motor vehicle been revoked, suspended
    or refused?: N
B - Is the applicant the registered owner of the autos to be insured?: Y
_____
             OPERATOR INFORMATION ON ALL DRIVING MEMBERS OF HOUSEHOLD
Name: KIMBERLY HUTSON                             Sex:  F    DOB:
Relation to Ins: SA INSURED        Occupation: RE                Mar St: SE
Orig Date Licensed: 11/1977           Drivers Lic No:
State Lic: FL           DD Course Completion Date:
Name: KEITH A HUTSON                              Sex:  M    DOB:
Relation to Ins: OT OTHER          Occupation: EM WORKER         Mar St: SE
RELATIVE
Orig Date Licensed: 08/1981           Drivers Lic No:
State Lic: FL           DD Course Completion Date:
Accident/Violation History
DT: 20190615    Desc: Misc. (Multiple car accident)     Fault: N   Concurnt: N
_____
REMARKS:
                   Page 3 of 5                              Ed.10/19
```

Proprietary and Confidential                                    Allstate_Prestige_0002498

```
#            ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY              #
                                 FLORIDA
HOME OFFICE                                      Application No.: 038201983632613
NORTHBROOK, ILLINOIS
_____
BINDER PROVISION
In reliance on the statements in these application pages, including any
attachments hereto, and subject to the terms and conditions of the policy
authorized for the Company's issuance to the applicant, the Company temporarily
binds the coverage above for 60 days to become effective:
   11:14 AM                                                    08/01/2020
During the 60 day binder period, the Company generally reserves the right to
cancel part or all of the coverage afforded under the binder for any reason.
However, during the binder period, the company may cancel for non-payment of
premium only if a check for your premium payment is dishonored for any reason. If
the Company cancels coverage afforded under the binder, the Company will give you
at least 10 days notice before the date of cancellation. If the Company does not
mail a notice of cancellation within the 60 day binder period, the Company will
afford coverage for the remainder of the policy period, subject to the terms and
conditions of the policy.

If your payment of the initial premium amount due is by check, draft, or any
remittance other than cash, such payment is conditional upon the check, draft, or
other remittance being honored upon presentation. If such check, draft, or
remittance is not honored upon presentation, this Binder (and any policy
delivered to you pursuant to this application) shall be deemed void from its
inception. This means that Allstate will not be liable for any claims or damages
which would otherwise be covered had the check, draft, or remittance been honored
upon presentation.

Agent's Name:  ULISES CICCIARELLI
AGENT LICENSE IDENTIFICATION NUMBER:
 Transaction Time-Date  11:14 AM                        08/01/2020

       ULISES CICCIARELLI                                      0C5326
_____       _____
       Agent/Agency Name                              AGENT NUMBER
_____
NOTICE: As part of Allstate's underwriting qualification procedure and subject to
applicable laws and regulations, we may obtain information regarding you and
other individuals who may be covered by the insurance you are applying for,
including: (i) driving record, based on state motor vehicle reports and loss
information reports; (ii) your prior insurance record, if any, which will be
obtained from your current or prior carrier(s); (iii) financial stability, which
will be assessed by obtaining credit reports; and (iv) claim history, based on
loss information reports.



                        APPLICANT'S INITIALS            _____
_____
To the best of my knowledge the statements made on these application pages,
including attachments hereto, are true. I represent that the information
concerning insurance history, auto usage, and drivers used to compute my premium
is correct and that I am eligible for the appropriate discounts indicated above.
I request the Company in reliance thereon, to issue the insurance applied for. I
declare that the Company may recompute the premium shown if the statements made
herein are not substantially true. If there are any material misrepresentations
                           Page 4 of 5                             Ed.10/19
```

\#  ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY  \#
FLORIDA

HOME OFFICE  
NORTHBROOK, ILLINOIS

Application No.: 038201983632613

or fraudulent statements on the application, this Binder (and any policy delivered to you pursuant to this application) shall be deemed void from its inception. This means that Allstate will not be liable for any claims or damages which would otherwise be covered.

Personal Injury Protection Notice:
For personal injury protection insurance, the named insured may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages"). These elections apply to the named insured alone or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent resident relatives are employed, since lost wages will not be payable in the event of an accident.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE. I have read this entire application, including the binder provision, before signing.

_____   _____
  Applicant's Signature                   Date

APP241-1

Page 5 of 5                                           Ed.10/19

038201983632613C5326APP241FL5

Proprietary and Confidential                                           Allstate_Prestige_0002500