# EXHIBIT C

```
redacted         08/03  08/03/20  02/03/21 SILV-AUTO  MK ACTIVE
  LAWRENCE                        AGENT:  PRESTIGE INS GROUP  41 C5326

  OPER 001 001 FITZROY   LAWRENCE   MALE   DOB: redacted   ACC/VIOL: 01/00
  OPER 002 002 ICILDA    LAWRENCE   FEMALE DOB:            ACC/VIOL: 00/00
  OPER 003 003 CHRISTINA LAWRENCE   FEMALE DOB:            ACC/VIOL: 00/00




  EXCL
  DRIVR



  CHLD



      ___ ENTER OPERATOR NUMBER (1-999) FOR DETAIL SCREEN
  __ ___ D ENTER NEXT FORMAT CODE, PAGE NUMBER AND MODE.            OL001L
  C DD PPPPPP      ENTER NEXT POLICY NUMBER.     DISPLAY            FL
```

```
redacted         08/03  08/03/20  02/03/21 SILV-AUTO  MK ACTIVE
  LAWRENCE                        AGENT:  PRESTIGE INS GROUP  41 C5326

 OPERATOR 1    NAME: FITZROY           SS#: redacted    REL: INSURED
   BIRTH:   redacted  SEX: M MARITAL: SE       WAGE LOSS WVR:
   OCCUP: RETIRED      DESC:                LIC TYPE:
   DVR LIC: redacted              STATE: FL  DATE LIC: 02/1970   VIOFRG:

   MVR ST: RECEIVED,WO/ACC,VIO  MVR DT: 07/08/2020


                                                                 HOH:


                                                                 LICSTS:
              OPER CHRG STATUS: 1
   PERSON TYPE: OPERATOR          MVR VEND ID: DH  CLUE VEND ID: VK
   OCCUPATION:                                  DISCOUNT LVL:
   CONTINOUS STD MO: 150 OVERALL CONT MO: 99 PRIOR CARRIER LAPSE DAYS:   000
   YCA ONLINE DRIVE ED COMP: MM/DD/YYYY
 SM STD DIS:   DEF DRV DIS: N SAF DRV CLUB: N ACC PREVT DIS:   WORK LOSS DIS:
 INEXP SUR IND:  ACC SUR PT: 00  MDGDDRV DIS: N              55 RET: Y
  __ ___ D ENTER NEXT FORMAT CODE, PAGE NUMBER AND MODE.           O1001M
  C DD PPPPPP      ENTER NEXT POLICY NUMBER.     DISPLAY           FL
```

```
  redacted          08/03  08/03/20  02/03/21  SILV-AUTO   MK ACTIVE
    LAWRENCE                         AGENT:   PRESTIGE INS GROUP   41 C5326


  OPERATOR 2      NAME: ICILDA              SS#: ***** redacted  REL: FRIEND
    BIRTH: redacted     SEX: F MARITAL: SE         WAGE LOSS WVR:
    OCCUP: RETIRED         DESC:                   LIC TYPE:
    DVR LIC: redacted                 STATE:  FL   DATE LIC: 11/1975   VIOFRG:

    MVR ST: RECEIVED,WO/ACC,VIO   MVR DT: 07/08/2020


                                                                      HOH:


                                                                      LICSTS:
                       OPER CHRG STATUS: 1
    PERSON TYPE: OPERATOR               MVR VEND ID: DH   CLUE VEND ID: VK
    OCCUPATION:                                  DISCOUNT LVL:
    CONTINOUS STD MO:      OVERALL CONT MO:     PRIOR CARRIER LAPSE DAYS:
    YCA ONLINE DRIVE ED COMP: MM/DD/YYYY
  SM STD DIS:   DEF DRV DIS: N SAF DRV CLUB: Y ACC PREVT DIS:   WORK LOSS DIS:
  INEXP SUR IND:   ACC SUR PT: 00  MDGDDRV DIS: N              55 RET: Y
  __ ___ D ENTER NEXT FORMAT CODE, PAGE NUMBER AND MODE.           O2001M
  C DD PPPPPP      ENTER NEXT POLICY NUMBER.    DISPLAY            FL
```