# EXHIBIT D

```
redacted        01/12  01/12/15  07/12/15 PLAT-AUTO  MK TERMINATED 01/14/15
    LAWRENCE                           AGENT: ******************** 41 85703
    TERM RSN: FINANCED VEHICLE
    INSRD: ICILDA AND FITZROY D LAWRENCE              NOVA        ACCT: 065
          redacted                                                LINE: 010
                        REINSTATEMENT CNTR:     PREM STATUS: TERMINATED

    PREM:         redacted  PAY PLAN:  MONTHLY PAY      TRANSACTION HISTORY
    INSFEE:                 PAY METHOD: DIRECT MAIL   REF-SYS-EZP
    PAID:                   PAYOR:  INSURED          SAFE DRV BONUS            redacted
    BAL:                        NXT%:  0.16660  01/07 FHCF ADJ
    DUE:                                              TERMINATION
    AAP:                    NEXT BILL:         0.00  ENDORSEMENT
    SCH ACT: ARCHIVE        SCH DATE: 01/07/22        RENEWAL BILL
    ORG YR/ANTR:   08 14 BILL STATUS: NORMAL          SAFE DRV CHECK
    RENEWAL CYCLE: NOT IN CYCLE                       INSTALLMNT FEE
                                                      CASH-EZP
                                                      SAFE DRV BONUS
    MRP:                                              RENEWAL PREM.


    __ ___ D ENTER NEXT FORMAT CODE, PAGE NUMBER AND MODE.            AB001M
    C DD PPPPPP        ENTER NEXT POLICY NUMBER.       DISPLAY         FL
```

```
    redacted          01/12  01/12/15  07/12/15 PLAT-AUTO  MK TERMINATED 01/14/15
    LAWRENCE                           AGENT: ******************** 41 85703
    TERM RSN: FINANCED VEHICLE
    OPER 001  001 ICILDA   LAWRENCE     FEMALE DOB: redacted   ACC/VIOL: 00/00
    OPER 002  002 FITZROY  LAWRENCE     MALE   DOB: redacted   ACC/VIOL: 00/00




    EXCL
    DRIVR



    CHLD



        ___ ENTER OPERATOR NUMBER (1-999) FOR DETAIL SCREEN
    __ ___ D ENTER NEXT FORMAT CODE, PAGE NUMBER AND MODE.            OL001L
    C DD PPPPPP        ENTER NEXT POLICY NUMBER.       DISPLAY         FL
```

```
  redacted         01/12  01/12/15  07/12/15 PLAT-AUTO  MK TERMINATED 01/14/15
     LAWRENCE                       AGENT: ******************** 41 85703
   TERM RSN: FINANCED VEHICLE
   OPERATOR 1    NAME: ICILDA          SS#:  redacted       REL: INSURED
    BIRTH:  redacted    SEX: F (MARITAL: MA)       WAGE LOSS WVR:
    OCCUP: EMPLOYED        DESC: CLERK            LIC TYPE:
    DVR LIC:  redacted                 STATE:  FL  DATE LIC: 11/1977  VIOFRG:

    MVR ST: RECEIVED,WO/ACC,VIO  MVR DT: 01/08/2008


                                                          HOH:



                                                          LICSTS: VA
                   OPER CHRG STATUS:
    PERSON TYPE: OPERATOR          MVR VEND ID: CP  CLUE VEND ID: CP
    OCCUPATION:                               DISCOUNT LVL:
    CONTINOUS STD MO: 096 OVERALL CONT MO: 96 PRIOR CARRIER LAPSE DAYS:   000
    YCA ONLINE DRIVE ED COMP: MM/DD/YYYY
   GD STD DIS:   DEF DRV DIS:   SAF DRV CLUB:  ACC PREVT DIS:  WORK LOSS DIS:
   INEXP SUR IND:   ACC SUR PT:   MDGDDRV DIS:
    _ __ D ENTER NEXT FORMAT CODE, PAGE NUMBER AND MODE.         O1001M
   C DD PPPPPP       ENTER NEXT POLICY NUMBER.     DISPLAY          FL
```

```
  redacted         01/12  01/12/15  07/12/15 PLAT-AUTO  MK TERMINATED 01/14/15
     LAWRENCE                       AGENT: ******************** 41 85703
   TERM RSN: FINANCED VEHICLE
   OPERATOR 2    NAME: FITZROY         SS#:  *****        REL: (SPOUSE)
    BIRTH: redacted    SEX: M (MARITAL: MA)       WAGE LOSS WVR:
    OCCUP: EMPLOYED        DESC: CLERK            LIC TYPE:
    DVR LIC:  redacted                 STATE:  FL  DATE LIC: 02/1972  VIOFRG:

    MVR ST: RECEIVED,W/ACC-VIO   MVR DT: 01/08/2008


                                                          HOH:



                                                          LICSTS: VA
                   OPER CHRG STATUS:
    PERSON TYPE: OPERATOR          MVR VEND ID: CP  CLUE VEND ID: CP
    OCCUPATION:                               DISCOUNT LVL:
    CONTINOUS STD MO: 000 OVERALL CONT MO: 00 PRIOR CARRIER LAPSE DAYS:   000
    YCA ONLINE DRIVE ED COMP: MM/DD/YYYY
   GD STD DIS:   DEF DRV DIS:   SAF DRV CLUB:  ACC PREVT DIS:  WORK LOSS DIS:
   INEXP SUR IND:   ACC SUR PT:   MDGDDRV DIS:
    _ __ D ENTER NEXT FORMAT CODE, PAGE NUMBER AND MODE.         O2001M
   C DD PPPPPP       ENTER NEXT POLICY NUMBER.     DISPLAY          FL
```