# EXHIBIT E



# Marriage Divorce Search Results

Records: 1 to 1 of 1

Search Terms Used -  Last Name: CROMUEL; First Name: QUINTIS; Middle Name: LEVERN;

**Marriage/Divorces Information**

| 1. | Filing Type: Marriage | | Filing Number: 054774 | |
|---|---|---|---|---|
| | GROOM: QUINTIS LEVERN CROMUEL | LexID: 540228061 | Age: 27 | Residence: FL |
| | BRIDE: LILLIAN RUSS | | Age: 26 | Residence: FL |
| | Marriage Date: 08/20/1977 | | | |

Records: 1 to 1 of 1

Your DPPA Permissible Use: Insurance

Your GLBA Permissible Use: Fraud Prevention or Detection

Your DMF Permissible Use: No Permissible Purpose

Copyright © 2020 LexisNexis Risk Solutions.  Terms & Conditions | Privacy & Security

Proprietary and Confidential

Allstate_Prestige_0002589