# EXHIBIT F



# Real-Time Vehicle Registration Search Results

Records: 1 to 1 of 1

**Search Terms Used -** VIN Number: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | Vehicle Information | | Reports |
|---|---|---|---|
| 1. | **Description:** GREEN 2016 RAM 1500 - CREW PICKUP<br>**State of Origin:** FLORIDA | **VIN:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 🚗 **Motor Vehicle Report** |
| | **Registrant(s):** | | |
| | **Name:** LILLIAN RUSS CROMUEL<br>**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | **Tag Number:** ▮▮▮▮▮▮▮<br>**Plate Type Code:** PRV<br>**Plate Type Description:** Private<br>**Issue State:** FLORIDA<br>**Latest Registration Date:** 01/03/2020<br>**Record Type:** | |
| | **Name:** QUINTIS LEVERN CROMUEL<br>**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | **Tag Number:** ▮▮▮▮▮▮▮<br>**Plate Type Code:** PRV<br>**Plate Type Description:** Private<br>**Issue State:** FLORIDA<br>**Latest Registration Date:** 01/03/2020<br>**Record Type:** | |

Records: 1 to 1 of 1

**Your DPPA Permissible Use:** Insurance

**Your GLBA Permissible Use:** Fraud Prevention or Detection

**Your DMF Permissible Use:** No Permissible Purpose

Copyright © 2020 LexisNexis Risk Solutions. Terms & Conditions | Privacy & Security