# EXHIBIT G

```
#              ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY                    #
                                 FLORIDA
HOME OFFICE                                      Application No.: 038202053735625
NORTHBROOK, ILLINOIS
                                                 Send Policy to Agent: N
Applicant's Name : LILLIAN CROMUEL
Address          :
City             :                           St: FL Zip:
Telephone Num.   :                  County: 037   Terr.: 2802317

        VEHICLES
No  Yr   Make           Model           Vehicle ID Number    Cy  Dr  CT  PGS  VSC  Cost

1   2016 RAM TRUCKS     RAM TRUCKS                           8   4   35  K    F91
         1500 2WD
2   2006 CHRYSLER 300   CHRYSLER                             6   4   10  I    EC1
3   2005 INFINITI G35   INFINITI                             6   4   10  I    N81

        USE RATE
    Odom      Car         Miles     Date     Est Ann   Incl   Rare   Split   Alt   Weeks
No            Usage       One Way   Purch    Mi        Cmpr   Rest   Terr    Yr    Rented

1:  55,000    PLEASURE              02/2016  3,000     N      N      2317
2:  55,000    PLEASURE              01/2006  3,000     N      N      2317
3:  65,000    PLEASURE              02/2005  3,000     N      N      2317

       Own/                Original
No     Lease               Owner/Lessee

1:     Y/N                 Y
2:     Y/N                 Y
3:     Y/N                 Y


COVERAGES                                      2016          2006          2005
                                               RAM TRUCKS    CHRYSLER      INFINITI
                                               1500 2WD      300           G35
                                    LIMITS     PREMIUMS      PREMIUMS      PREMIUMS
AA   Bodily Injury     Ea Per       $10,000
     Liability         Ea Acc       $20,000
_____

BB   Prop Damage       Ea Acc       $100,000
     Liability
_____

DD   Collision         Ded          $500
_____

HH   Comprehensive     Ded          $500
                       Ded          $1,000
_____

JJ   Roadside                       $100
     Coverage
                            Page 1 of 6                          Ed.10/19
```

038202053735625C5326APP241FL1

Proprietary and Confidential                                    Allstate_Prestige_0000687

\#   ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY   \#
                        FLORIDA
HOME OFFICE                              Application No.: 038202053735625
NORTHBROOK, ILLINOIS

| | | | |
|---|---|---|---|
| UU | Transportation Expense | Per Day $30 | ▇▇▇▇▇▇▇▇ |

| | | |
|---|---|---|
| VA02 | Personal Injury Protection | ▇▇▇▇▇▇▇▇ |

    Death Benefit    Ea Per    $5,000
    Aggregate Medical Expenses (Emergency or Non-Emergency Medical Condition),
    Income Loss and Loss of Services
               Ea Per    $10,000
    Medical Expenses (Emergency Medical Condition)
               Ea Per    $10,000
    Medical Expenses (Non-Emergency Medical Condition)
               Ea Per    $2,500

    Estimated Vehicle Premiums    ▇▇▇▇▇▇▇▇

    Your Policy Reflects the Silver Protection Option Package.

| POLICY COVERAGE | LIMITS | POLICY PREMIUM |
|---|---|---|
| CM Death Indemnity | $10,000 | ▇▇▇▇ |
| Estimated Policy Coverages Premium | | ▇▇▇▇ |

Summary of Discounts -Your total premium includes the following discounts, which total: ▇▇▇▇

    Safe Driving Club®           ▇▇▇▇    2 qualified driver(s)
    Age 55 and Retired                1 qualified driver(s)
    Allstate Easy Pay Plan
    Early Signing
    Allstate eSmart℠
    Responsible Payer
    Risk Avoidance
    Alert Driving

The following discount(s) apply to Vehicle #1: 2016 RAM TRUCKS 1500 2WD
    Antilock Brakes
    Anti-theft
    Passive Restraint
    Electronic Stability Control

Proprietary and Confidential                                           Allstate_Prestige_0000688

\#  ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY  \#
FLORIDA
HOME OFFICE                                    Application No.: 038202053735625
NORTHBROOK, ILLINOIS
         Drivewise®

The following discount(s) apply to Vehicle #2: 2006 CHRYSLER 300
         Antilock Brakes
         Anti-theft
         Safe Driving Club®
         Passive Restraint
         Age 55 and Retired
         Allstate Easy Pay Plan
         Early Signing
         Allstate eSmart
         Electronic Stability Control
         Responsible Payer
         Drivewise®
         Risk Avoidance
         Alert Driving

The following discount(s) apply to Vehicle #3: 2005 INFINITI G35
         Antilock Brakes
         Anti-theft
         Safe Driving Club®
         Passive Restraint
         Allstate Easy Pay Plan
         Early Signing
         Allstate eSmart
         Electronic Stability Control
         Responsible Payer
         Drivewise®
         Age 55 and Retired
         Risk Avoidance
         Alert Driving

Est. 6 mo. Policy Premium :
Premiums charged must be in accordance with the Company manual rules & rates
Amount Paid:                                  Electronic
                                              Check
_____
              HOUSEHOLD SECTION (APPLIES TO APPLICANT ONLY)
Mo Yr at Present Residence: 08/2017   Residence Type:  HO   Owns Residence: No
Years at Present Employment:      Other Vehicles Owned in Household:  N
Is this the address where the vehicles are principally garaged?           Y
_____
         INSURANCE RECORD (PRESENT OR MOST RECENT AUTO INSURANCE CARRIED)
Prior Co:  PROGRESSIVE AME        Policy Number:
Exp Date:  08/15/2020       Years/Months Insured:     7/11         PI Code:  FE
                                                 BI LIMIT: $10,000/$20,000

With respect to the Applicant and all members of the household:
A - Has any license or permit to drive any motor vehicle been revoked, suspended
    or refused?: N
B - Is the applicant the registered owner of the autos to be insured?: Y
_____
                     Page 3 of 6                          Ed.10/19

                   038202053735625C5326APP241FL3

Proprietary and Confidential                                Allstate_Prestige_0000689

```
#              ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY              #
                              FLORIDA
HOME OFFICE                           Application No.: 038202053735625
NORTHBROOK, ILLINOIS
          OPERATOR INFORMATION ON ALL DRIVING MEMBERS OF HOUSEHOLD
Name: LILLIAN CROMUEL                      Sex: F    DOB:
Relation to Ins: SA INSURED    Occupation: RE                  Mar St: SI
Orig Date Licensed: 07/1967         Drivers Lic No:
State Lic: FL             DD Course Completion Date:
Name: SHABRAELA L CROMUEL                  Sex: F    DOB:
Relation to Ins: OT OTHER      Occupation: EM WORKER           Mar St: SI
RELATIVE
Orig Date Licensed: 06/1997         Drivers Lic No:
State Lic: FL             DD Course Completion Date:
_____
REMARKS:
```

Proprietary and Confidential                              Allstate_Prestige_0000690

\#           ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY                \#
                            FLORIDA
HOME OFFICE                              Application No.: 038202053735625
NORKBROOK, ILLINOIS

---

BINDER PROVISION
In reliance on the statements in these application pages, including any
attachments hereto, and subject to the terms and conditions of the policy
authorized for the Company's issuance to the applicant, the Company temporarily
binds the coverage above for 60 days to become effective:
  12:01 AM                                                    08/08/2020
During the 60 day binder period, the Company generally reserves the right to
cancel part or all of the coverage afforded under the binder for any reason.
However, during the binder period, the company may cancel for non-payment of
premium only if a check for your premium payment is dishonored for any reason. If
the Company cancels coverage afforded under the binder, the Company will give you
at least 10 days notice before the date of cancellation. If the Company does not
mail a notice of cancellation within the 60 day binder period, the Company will
afford coverage for the remainder of the policy period, subject to the terms and
conditions of the policy.

If your payment of the initial premium amount due is by check, draft, or any
remittance other than cash, such payment is conditional upon the check, draft, or
other remittance being honored upon presentation. If such check, draft, or
remittance is not honored upon presentation, this Binder (and any policy
delivered to you pursuant to this application) shall be deemed void from its
inception. This means that Allstate will not be liable for any claims or damages
which would otherwise be covered had the check, draft, or remittance been honored
upon presentation.

Agent's Name:  ULISES CICCIARELLI
AGENT LICENSE IDENTIFICATION NUMBER:
 Transaction Time-Date  11:42 AM                              08/01/2020

         ULISES CICCIARELLI                                      0C5326
_____          _____
         Agent/Agency Name                              AGENT NUMBER

NOTICE: As part of Allstate's underwriting qualification procedure and subject to
applicable laws and regulations, we may obtain information regarding you and
other individuals who may be covered by the insurance you are applying for,
including: (i) driving record, based on state motor vehicle reports and loss
information reports; (ii) your prior insurance record, if any, which will be
obtained from your current or prior carrier(s); (iii) financial stability, which
will be assessed by obtaining credit reports; and (iv) claim history, based on
loss information reports.


                       APPLICANT'S INITIALS             _____
_____
To the best of my knowledge the statements made on these application pages,
including attachments hereto, are true. I represent that the information
concerning insurance history, auto usage, and drivers used to compute my premium
is correct and that I am eligible for the appropriate discounts indicated above.
I request the Company in reliance thereon, to issue the insurance applied for. I
declare that the Company may recompute the premium shown if the statements made
herein are not substantially true. If there are any material misrepresentations
                         Page 5 of 6                          Ed.10/19

+               038202053735625C5326APP241FL5                               +

Proprietary and Confidential                                    Allstate_Prestige_0000691

\#              ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY                \#
                              FLORIDA
HOME OFFICE                                  Application No.: 038202053735625
NORTHBROOK, ILLINOIS

or fraudulent statements on the application, this Binder (and any policy delivered to you pursuant to this application) shall be deemed void from its inception. This means that Allstate will not be liable for any claims or damages which would otherwise be covered.

Personal Injury Protection Notice:
For personal injury protection insurance, the named insured may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages"). These elections apply to the named insured alone or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent resident relatives are employed, since lost wages will not be payable in the event of an accident.

---

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE. I have read this entire application, including the binder provision, before signing.

_____            _____
       Applicant's Signature                                Date


APP241-1

Proprietary and Confidential                                     Allstate_Prestige_0000692