# EXHIBIT 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 21-60515-CIV-MORENO

PRESTIGE INSURANCE GROUP, LLC,
a Delaware Limited Liability Company,
and ULISES CICCIARELLI, an individual,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
An Illinois Corporation,

      Defendant.
_____/

## DECLARATION OF KEITH A. HUTSON

I, Keith A. Hutson, am of sound mind and capable of making this declaration. I hereby declare as follows:

1.     I am a resident of Vero Beach, Florida.

2.     On or around July 16, 2020, I contacted Allstate Insurance Company by telephone about obtaining auto insurance. My wife, Kimberly Hutson, and I had a past history with Allstate, and wanted to get auto insurance through them.

3.     I spoke to an Allstate representative named Prianca Little, who helped me complete an auto insurance policy application.

1

Proprietary and Confidential

Allstate_Prestige_0000684

4.	In order to fill out the auto insurance application, Ms. Little asked me many questions. I cannot remember if Ms. Little asked about my marital status as part of the policy application.

5.	I was happily married to Kimberly Hutson at the time I spoke to Ms. Little, and have been married to Kimberly Hutson since 2005. I know that if Ms. Little asked about my marital status, I would have told her that I was married.

6.	After I completed the policy application with Ms. Little, Allstate issued an auto insurance policy to my wife and me. My wife was named as insured on the policy because she has better credit than I do. I was named as a secondary driver.

7.	But during the underwriting process, Allstate sent us a letter or email saying they could not verify the policy because information on the policy was incorrect. Despite my wife and I being married, we were listed as separated on our policy application.

8.	Kimberly Hutson and I have never been separated, and I would not have told Ms. Little that we were separated.

9.	My wife contacted Allstate to complain that the information on the application was not correct because we were married, and tried to fix the issue. I cannot recall if she talked to the Allstate agency manager or Ms. Little.

10.	We eventually just decided to obtain auto insurance through State Farm instead.

//

I declare under penalty of perjury that the foregoing is true and correct.

Proprietary and Confidential

Allstate_Prestige_0000685

Executed on this 29th day of July, 2022.

_Keith A. Hutson_
Keith A. Hutson

Proprietary and Confidential

Allstate_Prestige_0000686