# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 21-60515-CIV-MORENO

PRESTIGE INSURANCE GROUP, LLC,
a Delaware Limited Liability Company,
and ULISES CICCIARELLI, an individual,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
An Illinois Corporation,

    Defendant.
_____/

## DECLARATION OF LILLIAN R. CROMUEL

I, Lillian R. Cromuel, am of sound mind and capable of making this declaration. I hereby declare as follows:

1. I am a resident of Tallahassee, Florida.

2. On or around July 23, 2020, I called a number for Allstate and was connected to a man who identified himself as "Jonathan" from the Prestige Insurance Agency. I was calling to obtain an auto insurance policy with Allstate. I do not recall Jonathan's last name or the number that I called.

3. As part of the application process, I told Jonathan that I was married to Quintis Levern Cromuel.

4. I have been married to Quintis Levern Cromuel since August 20, 1977.

1

5. I also recall Jonathan asked about the ownership of the vehicles I was seeking insurance for.

6. I told Jonathan that my husband and I were co-owners of the 2016 Dodge Ram and that we are both listed on the title.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __19th__ day of August, 2022.

*Lillian L. Cromuel*
Lillian R. Cromuel

2