# EXHIBIT 17






Proprietary and Confidential

Exhibit 0010

Allstate_Prestige_0000068










Proprietary and Confidential

Allstate_Prestige_0000070










**To:** Uli Cicciarelli

*Nov 24, 2020, 9:05 AM*

I received my termination letter. It's as vague as what I was told by Char.

*Nov 24, 2020, 11:14 AM*

I still have nothing

What false information?

The only thing I can think of is that the application stated 4 agents and I started with more.

But if that was a concern, why didn't Char or Sheely or anyone else bring it prior? They all saw the weekly staffing and quoting reports and never said anything to me and I assume to you either.

I know you would have said something to me.

Nothing! Every Friday we had a staffing call to talk about potential new agents and the progress of those that were coming onboard - every week I updated char and Steve Gilbert (the deployment leader) with how many staff you had



To: Uli Cicciarelli

staff you had

This is why I am angry - I just want to know what I did wrong! Char knew everything! After my investigation I spoke w char the next day and said I felt like I was the one being investigated. She said not at all I didn't do anything wrong!

Even when they were initially in Gerry Rivas agency, I assume?

Yup

Incredible!

I check multiple times per day - my licenses are still appointee - the series 6 licenses they have to disclose a reason / that's what I want to see

I'm sorry you're going through this Kaylee! These were spineless actions by Allstate towards us.

I hate that they did this to you too.....just wrong. What does your attorney say?