# EXHIBIT 21

| | |
|---|---|
| **From:** | Ulises Cicciarelli |
| **Sent:** | Wednesday, February 10, 2021 8:49 AM |
| **To:** | Sylvester, Paul; Reuther, Maria |
| **Subject:** | RE: Business Metrics Report |

That's ridiculous!

Don't you believe any due dates for a March 1st sale of my agency would have been important to know in advance?

Ulises Cicciarelli
Prestige Insurance Group
Direct: (305) 725-3003

**From:** Sylvester, Paul <psylv@allstate.com>
**Sent:** Wednesday, February 10, 2021 11:43 AM
**To:** Ulises Cicciarelli <ulises@prestigeinsgroup.com>; Reuther, Maria <Maria.Reuther@Allstate.com>
**Subject:** RE: Business Metrics Report

Hello,

We are past any due dates for an agency file to be put together for a 3.1.21 sale/start date, so there are no further options.

Regards,

Paul Sylvester, FSCP
*Market Sales Leader – Market 25*
*Florida District - Central East Zone*
Allstate Insurance
904-228-4325
psylv@allstate.com

*Have you utilized the Agency Support Line to quickly answer your questions surrounding process support, education, and problem resolution? Call (800)-336-9400 to be connected to the correct person fast!*

**From:** Ulises Cicciarelli <ulises@prestigeinsgroup.com>
**Sent:** Wednesday, February 10, 2021 11:00 AM
**To:** Sylvester, Paul <psylv@allstate.com>; Reuther, Maria <Maria.Reuther@Allstate.com>
**Subject:** [External] FW: Business Metrics Report
**Importance:** High

Hello Paul,

Can you please let me know what options for selling my book are still available?

1

Thank you,
Ulises


Ulises Cicciarelli
Prestige Insurance Group
Direct: (305) 725-3003

---

**From:** Ulises Cicciarelli
**Sent:** Sunday, February 7, 2021 11:13 AM
**To:** Sylvester, Paul <psylv@allstate.com>
**Cc:** Reuther, Maria <Maria.Reuther@Allstate.com>
**Subject:** RE: Business Metrics Report

It would have been helpful to know this deadline in advance. I was only given a March 1st deadline… and considering it took 11 days to receive the CSRP report and days between communication to advance the sale of my book, there didn't seem to be a sense of urgency towards deadlines from Allstate.

Paul, what other options are available to me at this time?


Ulises Cicciarelli
Prestige Insurance Group
Direct: (305) 725-3003

---

**From:** Sylvester, Paul <psylv@allstate.com>
**Sent:** Saturday, February 6, 2021 8:20 AM
**To:** Ulises Cicciarelli <ulises@prestigeinsgroup.com>
**Cc:** Reuther, Maria <Maria.Reuther@Allstate.com>
**Subject:** FW: Business Metrics Report
**Importance:** High

Ulises,

Mergers are not an option as it stands today. The due date for any files for a 3/1 purchase were due by 2/3/21. So, we are past that due date.

Regards,

Paul Sylvester, FSCP
*Market Sales Leader – Market 25*
*Florida District - Central East Zone*
Allstate Insurance
904-228-4325
psylv@allstate.com

*Have you utilized the Agency Support Line to quickly answer your questions surrounding process support, education, and problem resolution? Call **(800)-336-9400** to be connected to the correct person fast!*

**From:** Reuther, Maria <Maria.Reuther@Allstate.com>
**Sent:** Friday, February 5, 2021 2:15 PM
**To:** Sylvester, Paul <psylv@allstate.com>
**Subject:** FW: Business Metrics Report
**Importance:** High

Paul,
FYI

*Maria M Reuther*
*Sales Market Leader*
*Cell: 954-594-5014*
*Fax: 877-866-9862*



***Have you utilized the Agency Support Line to quickly answer your questions surrounding process support, education, marketing and problem resolution? Call (800)-336-9400 to be connected to the correct person fast!***

Allstate. You're in good hands.

Helping you accelerate growth, improve retention and drive loyalty.

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and are intended only for the stated recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Ulises Cicciarelli <ulises@prestigeinsgroup.com>
**Sent:** Friday, February 5, 2021 2:07 PM
**To:** Reuther, Maria <Maria.Reuther@Allstate.com>
**Subject:** [External] RE: Business Metrics Report
**Importance:** High

Hi Maria,

Can you get me an update metrics report? It should have updated figures for the renewals.

Also, if an existing Allstate agent in Miami was to purchase my book, they would be buying the policies and merging into their book, correct? They do not need to take my office location since it was closed... Is that accurate?

Your timely response is greatly appreciated.

Thanks,
Ulises

Ulises Cicciarelli

Prestige Insurance Group
Direct: (305) 725-3003

---

**From:** Reuther, Maria <Maria.Reuther@Allstate.com>
**Sent:** Monday, January 18, 2021 12:41 PM
**To:** Ulises Cicciarelli <ulises@prestigeinsgroup.com>
**Subject:** Business Metrics Report

Ulises,
Attached is the December Business Metrics Report.
Please let me know at your earliest opportunity if you will be submitting an Allstate agency owner as a potential buyer of your book of business.
Thanks

*Maria M Reuther*
*Sales Market Leader*
*Cell: 954-594-5014*
*Fax: 877-866-9862*

 **Have you utilized the Agency Support Line to quickly answer your questions surrounding process support, education, marketing and problem resolution? Call (800)-336-9400 to be connected to the correct person fast!**

Allstate. You're in good hands.

Helping you accelerate growth, improve retention and drive loyalty.

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and are intended only for the stated recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.