UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA FT. LAUDERDALE DIVISION

Case No.: 0:21-cv-60515-FAM

PRESTIGE INSURANCE GROUP, LLC,
a Delaware Limited Liability Company and
ULISES CICCIARELLI, an individual,

      Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,
An Illinois Corporation,

      Defendant.
_____/

**PLAINTIFFS PRESTIGE INSURANCE
GROUP, LLC'S AND ULISES CICCIARELLI'S APPENDIX OF EVIDENCE IN
SUPPORT OF THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT**

| DESCRIPTION | PLAINTIFFS' EXHIBIT NO. |
|---|---|
| Exhibit 18 to Deposition of Kaylee Colvard: Jarius Hollinger's instructions on how to access saved quotes. | 1. |
| Exhibit 2b to Deposition of Kaylee Colvard: Text messages between Kaylee Colvard and Ulises Cicciarelli | 2. |
| Plaintiff's First Amended Complaint and Demand for Jury Trial | 3. |

Respectfully submitted,

HUBBARD SNITCHLER & PARZIANELLO PLC

*/s/ Eric A. Parzianello*
Eric A. Parzianello (Fla. Bar No. 161225)
Attorneys for Plaintiffs
999 Vanderbilt Beach Road, Suite 200
Naples, Florida 34108
(239) 325-1802

## **CERTIFICATE OF SERVICE**

      I, Eric A. Parzianello, hereby certify that on September 16, 2022, I electronically filed Plaintiffs Prestige Insurance Group, LLC and Ulises Cicciarelli's Appendix of Evidence in Support of their Response to Defendant's Motion for Summary Judgment with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel.

                                          */s/ Eric A. Parzianello*

                                          Attorney for Plaintiffs