# PLAINTIFFS' EXHIBIT 1

Exhibit 18

| | |
|---|---|
| **From:** | CICCIARELLI, ULISES <ucicciarelli3@allstate.com> |
| **Sent:** | Thursday, September 17, 2020 9:09 AM |
| **To:** | Ulises Cicciarelli |
| **Subject:** | FW: Team 8/1 |
| **Attachments:** | How to access saved quotes job aid.docx |



**Ulises Cicciarelli**
Agency Owner
T: (754) 551 - 5660
F: (954) 827 - 7633
5850 Hiatus Rd Ste D
Tamarac, FL 33321

Pass down a secure financial future with life insurance.

My Website    My Account    Allstate Mobile


**From:** Hollinger, Jarius <jarius.hollinger@allstate.com>
**Sent:** Friday, July 31, 2020 10:39 AM
**To:** CICCIARELLI, ULISES <ucicciarelli3@allstate.com>
**Subject:** RE: Team 8/1

Hi Ulises,

Let me know what you think.

Thanks,

J.

Jarius Hollinger
**C:** 863-512-5025

**CONFIDENTIALITY NOTE:**
This e-mail and any attachments are confidential and are intended only for the stated recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation

**From:** CICCIARELLI, ULISES <ucicciarelli3@allstate.com>
**Sent:** Friday, July 31, 2020 8:46 AM
**To:** Hollinger, Jarius <jarius.hollinger@allstate.com>
**Subject:** RE: Team 8/1

1

Thanks J!

I believe we did this during AOC, but I will call and confirm.

I want to write up a quick outline to give to my agents on the steps to find our quotes and binding the policies. Can you help me with that? If so, I will send over a first draft shortly for your review.

I'm just trying to ensure everything goes smoothly tomorrow.

Thanks, Uli

**From:** Hollinger, Jarius <jarius.hollinger@allstate.com>
**Sent:** Thursday, July 30, 2020 5:12 PM
**To:** CICCIARELLI, ULISES <ucicciarelli3@allstate.com>
**Subject:** RE: Team 8/1

Hi Ulises,

Game on 😊!

Contact LIMRA Tech Support at (866) 364-2380.

Hope this helps,

J.

Jarius Hollinger
**C:** 863-512-5025

**CONFIDENTIALITY NOTE:**
This e-mail and any attachments are confidential and are intended only for the stated recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation

**From:** CICCIARELLI, ULISES <ucicciarelli3@allstate.com>
**Sent:** Thursday, July 30, 2020 5:08 PM
**To:** Hollinger, Jarius <jarius.hollinger@allstate.com>
**Subject:** RE: Team 8/1

Hi J,

It's almost game time! I'm excited, but a little nervous. I don't want to miss anything and have any delays.

That being said, I'm going through the list and completing the tasks.

I tried to do the anti-laundering course but couldn't login using the credentials your email said to use.

An ideas why that would be?

Thanks for your help,
Uli

**From:** Hollinger, Jarius <jarius.hollinger@allstate.com>
**Sent:** Thursday, July 30, 2020 12:14 PM
**To:** KOZLOV, MIKHAIL <mikhailkozlov@allstate.com>; CICCIARELLI, ULISES <ucicciarelli3@allstate.com>; CARDENAS, YSABEL <ycardenas3@allstate.com>; FUENTES, ASHLEY <ashleyfuentes@allstate.com>; TODERO, JUAN <juantodero1@allstate.com>
**Cc:** Colvard, Kaylee <Kaylee.Colvard@allstate.com>
**Subject:** RE: Team 8/1

Good Afternoon Team,

Checking in to see have we completed our list.

If you have any questions, let me know.

Thanks,

J.

Jarius Hollinger
C: 863-512-5025

**CONFIDENTIALITY NOTE:**
This e-mail and any attachments are confidential and are intended only for the stated recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation

**From:** Hollinger, Jarius
**Sent:** Wednesday, July 22, 2020 8:56 AM
**To:** KOZLOV, MIKHAIL <mikhailkozlov@allstate.com>; CICCIARELLI, ULISES <ucicciarelli3@allstate.com>; CARDENAS, YSABEL <ycardenas3@allstate.com>; FUENTES, ASHLEY <ashleyfuentes@allstate.com>; TODERO, JUAN <juantodero1@allstate.com>
**Cc:** Colvard, Kaylee <Kaylee.Colvard@allstate.com>
**Subject:** Team 8/1

# Good Morning Team,

# I hope all is well.

# Please note the following items to complete prior to purchase. If you need more time let me know.

- # Obtain audit of all Brokered account to import into eAgent
- # Set sub-producer codes in MMS for each LSP.
- # Outlook Zone

3

- - Search "address book update" in gateway and complete form.
  - Setup outlook folders (auto, property, commercial, etc…)
- Corporation Paperwork – agency establishment
- Signature setup with "**CONFIDENTIALITY NOTE**:" as displayed below.
  - User friendly email address are setup automatically. However, if you would like to change please do so in Gateway under my settings.
- Verify information is correct in Agency Storefront (***Blue*** Print)
- Verify eProposal information is correct
- Install ePrint Driver on each computer
- Check bank account information in Gateway under the "My Info" tab.
- Complete Ivantage paperwork.
- Click the link to complete the Citizens Application via their website.
- Confirm Gateway session is operational
- Confirm printer & scanners work on all desktops
- Verify my settings in Alliance are setup BI/PD, send xDate to eAgent, eSignature, etc.
- Verify Direct Deposit information in Gateway under "My Info" tab.
- Complete Anti Money Laundering Course
  - https://aml.limra.com
    - User Name (first four characters of last name and the last six digits of social security number)
    - Password (last name)
    - ***All lower case***

The more information on this list we can complete prior to opening the smoother the transition.

Thanks for all you do,

4

J.

## Jarius Hollinger
**Agency Process Specialist**
C: 863-512-5025
F: 877-372-4884
[jarius.hollinger@allstate.com](mailto:jarius.hollinger@allstate.com)

**CONFIDENTIALITY NOTE:**
This e-mail and any attachments are confidential and are intended only for the stated recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation

## *How to access saved quotes?*

## *Job Aid*

1. Go to Gateway and select "Find a Customer"
    a. 

2. Search by "phone number" or "email address" is the quickest method.
    a. 

3. However, you do have the ability to use name, address and state. Please remember to change "For" to prospect.
    a. 

4. Once you search select your prospects name from the options below.
    a. 

5. Next, select the "Saved Quotes" option under the Household Information screen in Gateway.
    a. 

6. Select the corresponding control number to access Alliance!

   a. 

7. Once in Alliance please note the agent number (**A0C5326**) and name "**Ulises Cicciarelli**".

   a. 

8. Convert to new business and bind as normal.