# PLAINTIFFS' EXHIBIT 2

# Exhibit 2b




