UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**Case Number: 21-60515-CIV-MORENO**

PRESTIGE INSURANCE GROUP and
ULISES CICCIARELLI,

      Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

      Defendant.

_____/

## ORDER GRANTING MOTION TO TAX COSTS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Tax Costs, filed on **February 22, 2023**. The Magistrate Judge filed a Report and Recommendation (**D.E. 97**) on **March 14, 2023**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jared M. Strauss's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion to Tax Costs is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _20th_ of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jared M. Strauss
Counsel of Record